IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NEUTRON DEPOT, LLC AND DEPOWEB, INC. | | |
| Plaintiffs, | | Civil Action No.  2:15-cv-101 |
| v. | | JURY TRIAL DEMANDED |
| BANKRATE, INC.; | | |
| Defendant | | |

**EXPERT REPORT OF PETER KENT**

**AUGUST 22, 2016**

# TABLE OF CONTENTS

I.      Assignment ....................................................................................................... 4
II.     Qualifications ................................................................................................... 4
III.    Compensation ................................................................................................. 7
IV.     Materials Considered ...................................................................................... 7
V.      Technology Background .................................................................................. 7
    A.  The Lead Generation Business ..................................................................... 7
    B.  Major Search Engines: Google, Bing, and Yahoo! ...................................... 8
    C.  Search Terms & Search Results ................................................................... 9
    D.  Web Page Search Results: Organic .............................................................. 10
    E.  Web Page Search Results: Pay Per Click (PPC) Ads .................................. 11
    F.  Search Engine Optimization ......................................................................... 11
    G.  Affiliate Marketing ....................................................................................... 12
    H.  Keywords ....................................................................................................... 14
    I.  Keyword Analysis .......................................................................................... 14
VI.     Plaintiffs' Accusations .................................................................................... 15
VII.    Findings and Opinions .................................................................................... 18
    A.  Most of the Accusations Regard PPC Ads Placed by Third Parties ............ 18
        1.  Affiliates Are Not Employees ................................................................ 18
        2.  Defendant's Contract With Affiliates Restricted Certain Activities.......... 19
        3.  Merchants Have No Control Over Affiliates' Actions ............................ 20
        4.  This Report Covers Bankrate Ads, Not Affiliates ................................. 22
    B.  Defendant Likely Bid on *Insurance Depot* as a Result of a Google Suggestion ............. 22
    C.  Bidding on Competitor's Terms Is the Industry Norm, Within Google &
    Bing's Guidelines, and Believed by the FTC to Help Consumers ......................... 25
        1.  Bidding on Competitor's Marks is the Industry Norm ......................... 25
        2.  Bidding on Competitor's Marks Is Allowed by the Major PPC Services ................. 26
        3.  Bidding on Competitor's Marks Is Encouraged by the Major PPC Services ............ 27
        4.  Google Believes Bidding on Competitors' Marks Improve Search
        Results and Helps Searchers ......................................................................... 27
        5.  The Federal Trade Commission Believes That Bidding on Competitors'
        Marks is Helpful to Consumers ..................................................................... 28
    D.  Plaintiffs Accuse Defendant of Using the Term *Insurance Depot* in the Listing Text..... 29
        1.  Plaintiffs' Mark Does Not Appear in Listing 14 .................................... 30
        2.  The Use of *Insurance Depot* in Ads May Have Been Unintentional ...................... 30
        3.  The Use of a Brand Does Not Automatically Result in Initial Interest Confusion..... 32
    E.  Plaintiffs Accuse Defendant of Using Their Mark in the Landing Pages........................ 37
        1.  Defendant Was Using *Insurance Depot* in a Generic and Descriptive Manner ......... 39
        2.  The Example Landing Pages Do Not Masquerade as Insurance Depot Pages ........... 43
    F.  The Defendant's Search-Engine Listings Resulted in Very Few Site Visits.................... 49
    G.  Meta Tags ...................................................................................................... 51
    H.  "Circumnavigation" Has No Meaning .......................................................... 53
VIII.   Conclusions .................................................................................................... 54
IX.     Exhibit A – Peter Kent's Curriculum Vitae, Including List of All
Publications Authored in The Previous 10 Years ................................................... 55
X.      Exhibit B – List of All Cases in Which, During The Past Four Years,
Peter Kent Testified as an Expert at Trial or in Deposition ...................................... 64
XI.     Exhibit C – Materials Considered for This Report ......................................... 2

XII.     Exhibit D - AutoInsuranceQuotesDotCom.mht..................................................... 4
XIII.    Exhibit E - 2016-08-11 Bankrate Bing ID Ads.xlsx.............................................. 5
XIV.     Exhibit F - 2016-08-11 Bankrate Google ID Ads.xlsx ......................................... 6
XV.      Exhibit G - 2016-08-11 Bankrate Google Spend Total by Year.xlsx............................ 7
XVI.     Exhibit H - 2016-08-22 GA Lack of ID Pages.PNG ......................................... 8
XVII.    Exhibit I - 2016-08-22 GA Totals.PNG.......................................................... 9
XVIII.   Exhibit J - DOCID0002644.pdf ................................................................. 10
XIX.     Exhibit K - bing - godaddy.pdf ................................................................. 11
XX.      Exhibit L - Google - Network Solutions.pdf ................................................. 12
XXI.     Exhibit M - Google - freecreditreport.com.pdf............................................... 13
XXII.    Exhibit N - Bing - interflora.pdf ............................................................... 14
XXIII.   Exhibit O - Google - geico.pdf ................................................................. 15

## I.    Assignment

1.    I have been engaged by Taylor English Duma LLP on behalf of Defendant, Bankrate, Inc., to review and analyze certain evidence in this case and provide opinions regarding a variety of issues related to Pay Per Click advertising, organic search listings, and affiliate marketing. This report summarizes my analysis and conclusions regarding these issues.

2.    The opinions I express in this report are based on my background and experience, along with my review of materials provided to me by counsel and of search results I carried out and Web sites I reviewed in relation to this case. If called to testify, I expect to offer the opinions expressed in this report and the basis for those opinions.  I may modify or supplement the opinions that I express in this report if additional evidence or information comes to my attention.

## II.    Qualifications

3.    I am an e-commerce and Search Engine Optimization ("SEO") consultant and author, and I am the owner of Peter Kent Consulting LLC.  I provide online e-commerce strategies to companies seeking to improve their business online, including search engine optimization, Pay Per Click ("PPC") management, Web development, Web-site "conversions," usability, and Web marketing project management.  My business address is 399 East Bayaud Avenue, Denver Colorado 80209.

4.    I have been working with computer technology since early 1979, and have been involved in a wide range of capacities within the technology business, beginning with operating computer equipment used for oil-field drilling engineering and drilling optimization purposes; then, starting in 1981, working with software-development teams (initially with the title of *Systems Analyst*), testing hardware and software systems, documenting said systems, designing user interfaces, training users, as well as installing, maintaining, and repairing systems. Since the mid-1980s, I have been involved in various additional functions in the technology business, including

writing computer books, writing video-training scripts, creating Web sites, designing software, project managing software-development, developing online-marketing strategies, managing online-advertising and search engine-optimization campaigns, and more.

5.      I began working online (using mechanisms such as CompuServe and bulletin-board systems) in 1984, and on the World Wide Web in 1993 (at a time when the Web only held a few hundred Web sites). I first began registering domains and building Web sites in 1994.

6.      I have extensive experience in the e-commerce arena. In 1997 I founded Top Floor Publishing to sell Internet-related business books online through Amazon.com as well as through Top Floor Publishing's own e-commerce store, which I personally developed myself. I also founded BizBlast, an e-commerce-service provider. The company was funded by Softbank, one of the world's largest venture-capital firms, and the company provided small businesses with customized online stores operating on BizBlast's servers.  I was also VP of Web Solutions for IC&C, a national ISP (Internet Service Provider). My department provided both Web hosting and Web-development services, such as e-commerce sites that ran on our servers.  I also worked as VP of Marketing for Indigio, a Web-applications development firm with clients such as Avis, Budget Truck Rental, Budget Rent a Car, and Dex, one of the nation's largest Yellow Pages companies.

7.      I am currently the owner and a Principal at Peter Kent Consulting, LLC, which provides Internet-marketing and Internet-strategy consulting services to a varied client base.  I have provided consulting services regarding the Internet to Amazon, Zillow, Avvo, Tower Records, Lonely Planet, and literally hundreds of small and medium companies, from real-estate agents to travel retailers, lawyers to non-profits.

8.      My current services include assisting clients in developing online-marketing strategies, increasing traffic through search engine marketing and optimization, designing and implementing pay-per click search-advertising campaigns, designing Web sites, developing Web-applications, and revenue transaction conversion.

9.    I was also until recently VP of Business & Corporate Development for Buybak, LLC, a company involved in "re-commerce"—the purchase, both online and offline, of used products which are then returned to the online retail market. In this capacity I have been involved in activities such as business development (finding and developing partnerships) and the planning and project management of the software-development program creating the company's new Web-based "re-commerce" system. Buybak purchases used music CDs, movie DVDs, video games, cameras, game consoles, cell phones, smart phones, toys, guitars, and more. Buybak's partners include Best Buy and Newegg, the two largest online electronics-focused retailers in the U.S.

10.    In addition to my industry background, I have written many books about the Internet and technology in general.  My publications include seven editions of the *Complete Idiot's Guide to the Internet*, five editions of *Search Engine Optimization for Dummies*, one edition of *SEO for Dummies*, and dozens of other books about working online and doing business online, including *Pay Per Click Search Engine Marketing for Dummies, How to Make Money Online with eBay, Yahoo!, and Google*, and *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site*.  I have also written hundreds of newspaper and periodical articles, mostly in the area of technology and e-commerce, and have written and presented three video courses for Lynda.com (America's fastest growing education company) on SEO and selling through Amazon.

11.    I received a BA degree, with Honors, in Geography/Geology from the University of Sheffield, United Kingdom, in 1978.

12.    Additional details regarding my professional experience and publications I have authored in the previous 10 years are set forth in my curriculum vitae, attached to this report as Exhibit A. A list of cases in which, during the past four years, I have testified as an expert at trial or in deposition may be found in Exhibit B.

## III.    Compensation

13.    I am being compensated at the rate of $550 per hour for my services. The compensation is in no way tied to the outcome of this matter or my opinion.


## IV.    Materials Considered

14.    In developing my opinions, I have reviewed a number of materials related to this matter; these are identified in Exhibit C.


## V.    Technology Background

15.    I have been asked to opine on various issues related to the Defendant's Web marketing operations. As my report necessarily requires the use of certain terms that may not be familiar to the layman, I begin by explaining these terms to ensure that my report and opinions may be fully understood. This section contains general background information about the technology and marketing techniques at issue in this case; more detail about specific technology issues also appear later in this report where appropriate.


### A.    The Lead Generation Business

16.    Until recently Defendant Bankrate operated a "lead generation" division (this was sold to AllWebLeads in November, 2015). Lead generation firms help companies find prospective customers—"leads"—for their products and services. Lead generation companies have the skills and specialized knowledge that allows them contact prospective customers and gather information from them, such as name, email address, phone number etc. This information can then be sold to firms seeking customers, firms that often do not have the skills and knowledge to effectively find these leads themselves.

17.    Lead generation is a multi-billion-dollar business in the United States, and is used in a wide range of businesses; insurance of all kinds, mortgages, higher education, home remodeling, legal services, credit cards, and many more. Lead generation is a legitimate, widely

used business, and some lead generation businesses have become "household names"; *LendingTree*, for instance, is a lead-generation business selling consumer leads to companies that provide mortgages, auto loans, student loans, personal loans, etc.

18.    Lead-generation companies use a variety of methods to generate—to gather—leads. They set up lead-generation Web sites, for instance, and then use a variety of methods to bring visitors to the site. The three dominant methods are PPC Advertising through the major search engines, search-engine optimization, and the use of affiliates.

### B.    Major Search Engines: Google, Bing, and Yahoo!

19.    The United States has three major search Web sites that provide the vast majority of search results to Americans. These are Google.com, Bing.com (owned by Microsoft), and Yahoo.com[1]. Combined these three systems provide around 97.6% of all search engine search results (of which Google alone provides around 65%).[2] Thus many businesses actively seek to rank well, in the search results provided by these three search engines, for keywords that the businesses feel their prospective customers may be using when searching for the types of products and services provided by the businesses.

20.    Note that Yahoo does not create its own search results; rather, Yahoo has a contractual agreement under which Bing provides search results that Yahoo presents in its Web pages on Yahoo.com; that is, when a visitor to Yahoo.com searches the Web, the results that the searcher sees are actually provided by Bing. This includes both "organic" results and PPC advertising results (both of which are explained in more detail below).

---

[1] The Yahoo.com Web site actually gets its search index from Bing.com; that is, Bing runs the infrastructure that gathers the index information, and feeds the search results to the Yahoo.com Web site as people search.
[2] https://www.comscore.com/Insights/Rankings/comScore-Releases-February-2016-US-Desktop-Search engine-Rankings

### C.    Search Terms & Search Results

21.    A search term is one or more words typed into a search engine's Search box; when the user presses the Enter key or clicks on the search engine's Search button, the search engine looks for Web pages that it feels represent a good match for the keywords entered by the user, and presents the user with these matches in a search-results page. The search term is also often known as a *search query* or *search keyword*.

22.    For example, when a consumer looking for auto-insurance types the term *auto insurance*, or some other variation, into a search engine, the search engine looks for pages in its index that match the search term, and returns a "search results" page.

23.    The search results page contains a collection of links that point to various pages that may be useful to the searcher along with, for each link, some ancillary information, such as the URL (the "address") of the page and a short description.

24.    Search results pages contain links to different kinds of materials—Web pages, maps, images, videos, and so on. The links to Web pages that are displayed on the search results page come from two different sources: the "organic" index and the PPC advertising index. The image immediately following shows an example of a search results page with annotations indicating the two different types of search results:



### D. Web Page Search Results: Organic

25. Web-page search results are predominantly made up of "organic" results. These are the free, non-paid results; that is, the owners of the listed Web pages listed in the search results do not pay to be included in these results. Rather, the search engines use "searchbots" to download copies of the pages and index them (Google, for instance, has downloaded literally hundreds of

billions of pages), and the search engines display links to the pages that most closely match the searcher's search query.

### E.    Web Page Search Results: Pay Per Click (PPC) Ads

26.    The top and right side of the search results pages often contain "Pay Per Click" (PPC) advertisements, as shown in the illustration above. (Note that until recently all three major search engines placed PPC ads at the top and on the right of the results page; Google recently stopped placing these ads on the right side of the page, though Yahoo! and Bing search results still contain right-side ads.)

27.    PPC results are small text ads displayed by search engines in response to searches involving certain keywords. These text ads include a link to a Web site specified by the advertiser. Advertisers submit these PPC ads to the search engines and *bid* on particular keywords to cause the PPC ads to be displayed.  An advertiser may bid on the term *auto insurance*, for instance, telling the search engine how much he or she is willing to pay for each click on the ad which takes the searcher to the advertiser's Web site. Advertisers do not pay to bid, nor do they pay when the ad is displayed in the search results. Rather, the search engine charges the advertiser a fee if the ad is placed among the search results displayed in response to the keyword search *and* the searcher clicks on the ad (hence the term *Pay Per Click*).

28.    There are two primary PPC networks in the United States; the *Google AdWords* network, which places PPC ads into the Google search results, and *Bing Ads*, which places PPC ads in both the Bing and Yahoo! search results.

### F.    Search Engine Optimization

29.    Search engine optimization (SEO) refers to carrying out various tasks with the goal of getting the major search engines to rank a particular Web site or Web page high up in the search results, so that more people see the link to the site or page and click on that link.

30.    SEO focuses mainly on keywords. A business or organization first determines what types of search queries (keywords) its potential site visitors use when searching for the types of products and services that the business provides. The business then chooses which keywords to target, and uses those keywords in various ways.

31.    SEO may be broken into two areas: *on-page* optimization and *off-page* optimization. On-page optimization refers to doing things to the actual Web pages one wants to optimize so that they rank more highly in search results. This includes putting keywords into various components of a Web page's "source code": Title tags, Description tags, URLs, H1 headings, within page content, in links between pages, and so on.

32.    Off-page optimization refers to the creation of links from other Web sites to the Web pages that one wants to rank well. Modern search engines use links between pages in various ways, to tell them what the referenced pages are about and how important the pages are likely to be. Of particular importance is getting keywords into the "anchor text," the text that is visible to the user when clicking on a link. Thus a large part of SEO involves finding ways to get Web sites to place links pointing back to the pages one wants to optimize.

### G.    Affiliate Marketing

33.    Also at issue in this case is another common form of online marketing, *affiliate marketing*. Widely used by some of the top companies in the United States, affiliate marketing is a system under which a firm (the "merchant") pays commissions to companies and individuals for helping them find business. The affiliates are not employees of the merchants; rather, they are free agents, working under a simple freelance contract under which the affiliates agree to direct Web-site visitors to the merchants' Web sites, and earn commissions should those visitors carry out some kind of action, such as make a purchase or fill out a lead form. Most affiliates work for numerous companies, and even competitors, all at one time, using the same skill set to drive traffic to a variety of merchants. There are no obligations on the merchants' side should the affiliates *not*

direct visitors to the merchants' sites, or should visitors to the site not carry out the specified actions.

34.    For example, Amazon.com, which operates one of the longest-running and largest affiliate programs on the Internet, pays commissions to Web sites that link to Amazon.com and send buyers to the site. (Amazon uses the term *associates*, but nonetheless the system is an *affiliate* program, as such systems are more commonly known.)

35.    Amazon's affiliate program works like this. Affiliates create links from their Web sites to Amazon.com. These links may be on pictures and banners, within text talking about particular products, or even in special "widgets" that Amazon provides to affiliates. When visitors to an affiliate's Web site click on one of these links, go to the Amazon.com Web site, and make a purchase, Amazon pays the affiliate a commission, up to 10% (depending on the product type).[3]

36.    It has been reported that Amazon has more than two million affiliates (see, for instance,   https://amazonaffiliate.wordpress.com/2008/07/30/how-many-affiliates-are-registered-with-amazon-associates-program/), though most of those affiliates are not likely actively linking to Amazon.com. Nonetheless, Amazon does have tens of thousands of active affiliates; BuiltWith, a Web-technology analysis company, reports finding almost 100,000 affiliate Web sites currently linking to Amazon, and almost 300,000 more that have done so at some point in the past.[4]

37.    There are various permutations within affiliate marketing. Perhaps the most common form is one in which affiliates are paid for completed sales or "conversions"; Amazon, for instance, pays its affiliates a percentage commission based on completed sales. However, commissions may also be paid for "clicks"—that is, visits to the merchants Web site—rather than completed sales. Commissions are often also paid for "completed leads"; that is, when an affiliate's actions result in a merchant—or lead generation company—receiving a customer lead.

---

[3] https://affiliate-program.amazon.com/welcome
[4] http://trends.builtwith.com/ads/Amazon-Associates

38.    Affiliates are also sometimes known as *publishers*, as in many cases they "publish" Web sites and seek to make money from their Web sites by placing different forms of advertising on the site, including affiliate ads.

39.    Affiliate marketing is a legitimate and widely used form of online marketing, employed by many different companies, such as Target, Walmart, LendingTree, McDonalds, Macy's Sears, and thousands more.

## H.    Keywords

40.    A keyword is one or more words that describes the content of a document in an information-retrieval system. In the context of the World Wide Web and search engines, keywords are used to describe the content of Web pages.

41.    Keywords are the very foundation of SEO techniques used by companies seeking to "optimize" their sites for search engine ranking and optimization. Indeed, understanding what keywords prospective customers use to search for goods and services is invaluable. In order to rank well for particular keywords, these keywords must be employed, within Web pages of the site being optimized, in the link text (the "anchor text") of links between pages within the site, and in links from other sites pointing back to the site being optimized.

42.    When someone searches for the term *auto insurance*, the search engine attempts to provide a search results page listing Web pages that are good matches for the keywords *auto insurance*. Today's search engines are very sophisticated, and attempt to make this match using literally hundreds of criteria, but at the core is keywords.

## I.    Keyword Analysis

43.    The goal of search-engine marketing is to reach prospects when they are searching for the type of goods and services one sells. Searchers tell us what they are interested in through the keywords—the search queries—they use in the search engine. For example, should someone

search for the term *auto insurance,* it's likely that the searcher may be a good prospect for an insurance company to sell that person auto insurance.

44.    There are various tools available for marketers to research these terms; to discover exactly what people are typing into the search engines. The major PPC networks provide free tools, but other tools are available through third parties.

## VI.    Plaintiffs' Accusations

45.    Plaintiffs' Complaint does not clearly describe Plaintiffs' accusations, leaving the reader to "read between the lines" to ascertain what *exactly* is at issue in this case. Thus I have had to make the following assumptions about the accusations (should the Plaintiffs more clearly describe its accusations my opinions may change). It appears that the Plaintiffs are mostly likely accusing the Defendant of four different things:

1. Causing Defendant's PPC (Pay Per Click) advertisements to appear in Google and Yahoo search results
2. Linking from these advertisements to Web sites owned by the Defendant, such that when users click on these advertisements one of the Defendant's Web sites loads into the user's Web browser
3. Using the term *insurance depot* within the text of those advertisements
4. Using the term *insurance depot* in one or more pages on those Web sites

46.    Plaintiffs' Complaint lists 13 instances of search-results page listings; an additional example of a Defendant ad can be found in Exhibit 1 to Plaintiffs' Complaint on Page 17. The illustrations below show Pages 5 and 6 of the Plaintiffs' Second Amended Complaint, with added notations to provide the accused listings with reference numbers:

**1**
insurancedepot.com
www.EasyInsuranceSave.com
Get Free Auto Insurance Quotes. Compare & Save Money Now!

**2**
www.insurancedepot.com – Save as much as you can on ...
easysaveinsurance.com/www-insurancedepot-com-save-as-much-as-you-...
Sep 8, 2013

www.insurancedepot.com comparison site. You can also clear your doubts through a phone call.

**3**
Insurance Depot
Depot.AutoInsuranceQuotes.com
6 Minutes Can Save You $540 on Auto
Insurance- Get Free Quotes!

**4**
Insurance Depot
www.autoinsurancequotes.com/news/insurance-depot
Insurance Depot. Average Savings $425, 10 Car Quotes from Providers Allstate, Geico,
Nationwide & More. Cheap Auto Insurance From AutoInsuranceQuotes.Com

**5**
### www.insurance depot.com – Get suitable auto ...
insurancesmartcompare.com/www-insurance-depot-com-get-suitable-    aut...
insurance depot – Reduce your auto insurance cost quickly ...
insurancesmartcompare.com/insurance-depot-reduce-your-auto-  insuranc...

**6**
$$$ insurancedepot.com – Get cheap auto insurance fit in ...
insurancesmartcompare.com/insurancedepot-com-get-cheap-auto-insura...
May 4, 2013 - Guardians and parents, who require to experience low-cost
insurancedepot.com policy for youthful motorists, ought not to ever offer sports

**7**
+++ www.insurancedepot.com - InsuranceSmartCompare.com
insurancesmartcompare.com/www-insurancedepot-com-get-cheap-car-   in...
May 15, 2013 - Where don't you discover these
www.insurancedepot.com quotes website pages?

www.insurancedepot.com. Car insurance is very important ...

**8**
Insurancedepot.com – Get Affordable Quotes From Multiple ...
rightinsuranceprotection.com/.../insurancedepot-com-get-affordable-quo...
Time to save insurancedepot.com. Start quotes now!

insurancedepot.com – Tips on how to select automobile insurance suit you.

insurancedepot.com. How to ...

**9**
DEPOT INSURANCE - complete info
insugreat.com/depot-insurance.html
The biggest difference between a broker and an agent is the fact that an    agent is
employed by and represents a specific depot insurance    company. Due to the ...

**10**  Auto Insurance Depot - Quotes
insiwmg.com/auto-insurance-depot.html
This approach will always give you an added advantage in getting best    rates for you. o
Situations that result in personal belongings being stolen

Unplanned ...

**11**  AUTO INSURANCE DEPOT - affordable insurance
lineinsure.com/auto-insurance-depot.html
Although no cover is available for the pre-existing condition during the first two years of
the policy, if the policy holder has been free of any such pre

existing ...

**12**  Insurance Depot - Quotes
insbfdi.com/insurance-depot.html
Insurance Depot However, if you need long term care of assisted living,   you will need
more than just regular health insurance. While this information is useful in ...

**13**  INSURANCE DEPOT TEXAS - free instant quotes
insucrazy.com/insurance-depot-texas.html
While some agents make lucrative income in insurance business, many    other find being
insurance agents is never easy, there are always rejection, dejection and abjection.

47.    The following describes these listings:

1: Affiliate: A PPC Ad on Bing.com – Placed by Sunti Prompun

2: Affiliate: An organic listing on Google.com – Placed by Sunti Prompun

3: Defendant: PPC ad on Yahoo.com

4: Defendant: An organic listing – origin not stated by Plaintiffs

5: Affiliate: An organic listing on Google.com – Placed by Sunti Prompun

6: Affiliate: An organic listing on Google.com – Placed by Sunti Prompun

7: Affiliate: An organic listing on Google.com – Placed by Sunti Prompun

8: Affiliate: An organic listing on Google.com – Placed by Sunti Prompun

9: Affiliate: An organic listing on Bing.com – Placed by Maxim Metalnikov

10: Affiliate: An organic listing on Bing.com – Placed by Maxim Metalnikov

11: Affiliate: An organic listing on Bing.com – Placed by Maxim Metalnikov

12: Affiliate: An organic listing Bing.com – Placed by Maxim Metalnikov

13: Affiliate: An organic listing on Bing.com – Placed by Maxim Metalnikov

48.    The Exhibit 1 to the Complaint includes another listing, not included in the body of

the Complaint, on Page 17. This listing (to which I will assign the Reference # 14), is a Google

PPC ad placed by Defendant.

49.    Throughout this report, when referring to specific listings, I use these references numbers. For example, where I cite Listing #4, I am referring to #4 in the previous illustrations.

## VII.    Findings and Opinions

50.    The following Sections discuss my findings and opinions; a summary may be found in the Conclusions Section at the end of this report.

### A.    Most of the Accusations Regard PPC Ads Placed by Third Parties

51.    As noted earlier, the Plaintiffs' Complaint lists 13 search listings, pointing to pages on ten different Web sites. I have been informed by Counsel for the Defendant that only one of these Web sites, AutoInsuranceQuotes.com, was ever owned or operated by Defendant. The other sites were owned and operated and operated by affiliates of Defendant.

#### 1.    Affiliates Are Not Employees

52.    An investigation into Defendant's business model makes clear that Defendant used affiliates in a typical industry manner. Like all other typical affiliates, Defendant's affiliates would gather information about consumers looking for a product or service—in this case, various forms of insurance; this information is known as a "lead." In return Defendant would pay the affiliates a commission for each valid lead. A valid lead, in general, is regarded as one that contains sufficient information to allow a company selling insurance to contact a real consumer with a genuine interest in purchasing insurance, and might require a name, zip code, phone number, and age. Defendant would then sell these leads to insurance companies or insurances agents that would directly contact the consumers and attempt to sell them insurance.

53.    In reviewing Defendant's affiliate agreements and investigating Defendant's method of doing business, it is apparent that Defendant engaged in typical affiliate relationships. For example:

- Affiliates earned neither a salary nor an hourly wage; their only compensation was a commission paid for valid leads

- Should an affiliate not provide valid leads, no payment of any kind would be received

- Affiliates set their own hours, and worked as much or as little as they wished, at any time of day or night they wished

- Affiliates worked from any location they wished (and in fact, in this case, were working in Thailand and Russia)

- Affiliates were not trained by Defendant; rather, it was up to the affiliates to learn the skills they needed in order to carry out the functions for themselves

- Affiliates operated as individual businesses; they were responsible for all costs related to their own operations, such as Web hosting, Web design, the purchase of domain names, etc.

- Affiliates did not work under the supervision of the Defendant, of the Defendant's staff, or of any agent of the Defendant; rather, they made all decisions related to their business for themselves

- Affiliates were free to work for other companies, and even for Defendant's competitors

- Affiliates were responsible for payment of their own taxes

- Affiliates did not receive any employment benefits such as health insurance

### 2.    Defendant's Contract With Affiliates Restricted Certain Activities

54.    As is the norm in the affiliate-marketing business, Defendant used contracts with its affiliates that restricted certain activities. For example, one of the affiliates who created the affiliate ads accused by Plaintiff, Sunti Prompun of Thailand, signed an agreement that included the following:

> "1.3 Placement. Publisher will not place or distribute Advertisements (i) as part of any incentivized traffic (ii) or on Publisher Properties or **in connection with any content that contains, promotes or links to inappropriate content**, including but not limited to: content regarding use of alcohol, tobacco or illegal substances; nudity, sex, pornography, or adult-oriented content; expletives or inappropriate language; content promoting illegal or unethical activity, racism, hate, "spam," mail fraud, pyramid schemes, credit-repair or advice not permitted under law; **content that is** libelous, defamatory, **infringing, false, misleading**, contrary to public policy, **or otherwise unlawful**; content which includes diversionary links, exit "pops" or any other element which distracts from the primary advertisement content; content which may bring Trouve, the Trouve Properties and/or their

partners negative publicity, or any other content deemed inappropriate by Trouve in its sole discretion."
Exhibit J, Section 1.3, emphasis added

"4.2 By Publisher. Publisher represents and warrants to Trouve that: (i) the Publisher Properties, Publisher Lists and Publisher Content **do not contain any material that** is unlawful, that encourages conduct that would constitute a criminal offense, gives rise to civil liability, **constitutes false advertising, unfair competition**, invasion of privacy or rights of celebrity; and, (ii) **neither the Publisher Properties, Publisher Lists and Publisher Content nor the operation [of] the Service infringes any third party intellectual property rights.**
Exhibit J, Section 4.2, emphasis added

55.    Merchants frequently take action when it comes to their attention that an affiliate is not complying with the agreement between merchant and affiliate; for example, when affiliates are misrepresenting a merchant's products, sale conditions, or brand. Such actions range from warnings to the affiliates to stop such actions to ceasing doing business with the affiliates, perhaps even withholding currently owed commissions. In the same way that an insurance company might cease doing business with an independent insurance agent who is misrepresenting the company's policies, a merchant might cease accepting business from an affiliate that was misleading customers or in some other way not upholding the agreement between merchant and affiliate. For example, Sunti Prompun's agreement with Defendant contained the following:

"In addition, **Trouve may reject and shall have no obligation to accept or pay for any** (i) test Leads submitted by Publisher; (ii) **Leads resulting from fraudulent action**; (iii) duplicate Leads; or, (iv) **Leads resulting from Advertisement placements in violation of Section 1.3.**"
Exhibit J, Section 2.2, emphasis added (see Section 1.3, above)

### 3.    Merchants Have No Control Over Affiliates' Actions

56.    Within the affiliate-marketing industry in general, merchants have little or no control over affiliates. Affiliates enter into a contractual relationship with merchants whereby the affiliates promise to act responsibly and honestly, but due to the independent nature of the relationship a merchant has little control over their actions.

57.    This is true of many business relationships, beyond online affiliate marketing. For example, scrap-metal merchants often buy scrap metal from individuals, who in many cases are repeat sellers. These merchants have no control over these individuals selling scrap metal to them. The relationship extends to the simple transfer: scrap metal from the individual to the merchant, and in return money from the merchant to the individual. The merchant does not know how the sellers obtained the metal, and exercises no control over the sellers.

58.    A more pertinent example would be that of insurance agents who often sell insurance policies for multiple insurance companies. An insurance agent selling Company X's insurance policy is acting as, in effect, an order taker for Company X. The agent is an independent contractor, paid commissions by Company X, not an employee.

59.    As noted above, merchants do have agreements with affiliates that restrict affiliate activities, and may take action if they discover violations. There is, however, a limit to how much a merchant can do to "police" its affiliates. Just as an insurance company cannot listen to every conversation between an insurance agent and a potential client, online merchants cannot monitor even a tiny proportion of what its affiliates are doing. In fact, merchants hardly ever meet their affiliates, and in many cases never even speak to them. In the case of Plaintiffs' Complaint, to the extent the offending Google search results and ads were created by affiliates, they were the result of efforts of two affiliates, one who lived in Thailand (Sunti Prompun) and one who lives in Ukraine (Maxim Metalnikov). Interviews with Defendant make clear that no employee of Defendant ever met either affiliate.[5]

60.    Counsel for Defendant has attempted to contact Mr. Prompun and Mr. Metalnikov, but thus far neither have responded. Defendant presently assumes that neither affiliate will make himself available for interviews and/or testimony.

---

[5] Interview with Terry Fung, former Vice President of Marketing for Trouve Media, Inc.

**4.**      **This Report Covers Bankrate Ads, Not Affiliates**

61.    The rest of this report relates to the accusations related to ads and search engine results that were the result of Defendant's conduct, as opposed to those that were the result of affiliate's conduct.

**B.**      **Defendant Likely Bid on *Insurance Depot* as a Result of a Google Suggestion**

62.    PPC marketers often use many tens or hundreds of thousands of keywords; I was informed that Bankrate may have been using as many as three million different keywords at various times.[6] In effect PPC marketers are using a shotgun approach, attempting to "hit" as many prospects as they possibly can, and then analyzing results to see what keywords are most effective; that is, which provide an acceptable return on investment. (Some keywords will cost more than the profits generated by the triggered ads, causing a financial loss; others will cost less than the profits generated.)

63.    Working with such large numbers of keywords is only possible thanks to two things:

- Keywords are not "manually" chosen, they are by necessity chosen programmatically
- Individual keywords are not given "personal attention"

64.    Firstly, keywords are not carefully chosen by an individual. Rather, lists are created using keyword-analysis tools such as the Google AdWords Keyword Planner (there are various other tools, such as Wordtracker, the Bing Ads Keyword Planner, the Moz Keyword Explorer, etc.). The process works like this:

1. The PPC marketer begins by "brainstorming" a list of keywords, related to the product or service being sold, that he or she believes people may be using as search queries. For example, the marketer may believe the word *blue widget* is a useful term
2. These keywords are entered into the keyword-analysis tool

---

[6] Conference call with Terry Fung, former Vice President of Marketing for Trouve Media, Inc.

3.  The tool returns lists of actual search phrases that consumers are using in the search engines; for example, the keyword tool may return phrases such as *buy blue widgets, blue widget store, high quality blue widgets*, etc. The marketer often does not have a full understanding of what the keywords mean, only that they seem to be related to his or her original list, and thus may be worth bidding on.

65.    This is a very abbreviated description of the process; the process is iterative, with keywords taken from the tool being fed back into the tool, resulting in further lists of results. The PPC marketer may also review the list of terms for which his or her ads were matched in the search results, and in that list find more keywords, which can also be analyzed for find yet more keywords that can be bid upon. (For instance, the marketer may bid on *blue widget* and, depending on the match type, the PPC network may display the ad when a searcher entered the search query *blue steel widgets*; the marketer may then search for more keywords based on that term.) As the PPC network is providing these keywords, the marketer often does not know the true meaning of the term, only that the PPC network believes the keyword is a useful match. Over time, the list can reach many thousands of keywords quite easily.

66.    Furthermore, the PPC systems may suggest keywords at other times, even when the marketer is not working inside a keyword-analysis tool. The following illustration, for example, shows a message box that Google AdWords sometimes displays to marketers when they log into their AdWords console; even though the marketer is not involved in the process of choosing keywords, Google AdWords is actively suggesting more that may be used:



67.    Thus many keywords are not chosen with any great degree of thought or reflection.

68.    Based on an investigation by Defendant, the search engine results and the ads at issue in this complaint identified in my report as Listings 3, 4, and 14 were created by employees of Trouve Media, Inc. ("Trouve") either before Trouve was acquired by Bankrate, or shortly thereafter. Regardless, the Defendant has not been able to locate any individuals with specific memory of Listings 3, 4, and 14, or how they might have come to exist.

69.    I have been informed that there was no awareness among Defendant's staff of the *Insurance Depot* company or brand[7], and thus there is a distinct probability that the keyword *insurance depot* ended up in the keyword list as a result of a suggestion by Google, rather than as a choice made may a human deciding that Defendant should target Plaintiff.

70.    It should be noted that the term *insurance depot* is one that is included in the Google Keyword Planner database, as can be seen from the following screenshot. This shows that Google believes the term is searched upon, in the United States, approximately 3,600 times a month:



---

[7] Interviews with Matt Rihtar and Terry Fung

Expert report of Peter Kent – Neutron Depot v. Bankrate                                                24

**C.     Bidding on Competitor's Terms Is the Industry Norm, Within Google & Bing's Guidelines, and Believed by the FTC to Help Consumers**

71.     Plaintiffs apparently accuse the Defendant of causing Defendant's PPC advertisements to appear in Google and Yahoo search results in response to searches for the term *insurance depot*. That is, "Plaintiffs used the search term "Insurance Depot" to check for potential infringers of the Mark and found the following…" [Plaintiffs' Second Amended Complaint, ¶22]

72.     Such ads appear in the search results after an advertiser has "bid" on a particular search term (also known as a *keyword*), telling the PPC service that it is willing to pay a fee when search engine users, searching for that search term, click on the advertiser's ad.

73.     For instance, an advertiser may bid on the search term *blue widget*. Each time a search engine user searches for the term *blue widget* the advertiser's advertisement will appear in the search results. The ad's inclusion in the search results page may be said to have been "triggered" by the use of the search term (or keyword). Should a consumer click on the displayed ad, the advertiser then pays a fee to the PPC service.

74.     The triggering of PPC ads in response to search terms that include competitors' marks is a very common occurrence, the industry norm; it is accepted and indeed encouraged by the PPC services providing ads to the major search engines; and it is believed by the Federal Trade Commission to be helpful to consumers.

**1.     Bidding on Competitor's Marks is the Industry Norm**

75.     The use of competitors' marks as PPC-ad triggers is commonplace in the major search engines, as searches for various brand names makes clear. For example, I carried out the following searches:

- *godaddy* in Bing: The PPC search results for this major domain-name registrar and Web-hosting company included a PPC ad for competitor Web.com [Exhibit K]
- *network solutions* in Google: The results included a network implementation company [Exhibit L]
- *freecreditreport.com* in Google: Results included three competitors [Exhibit M]

- *interflora* in Bing: Results included three competitors [Exhibit N]
- *geico* in Google: Results include an ad from *Country Financial* [Exhibit O]

76.    An advertiser may bid on a competitor's mark in the hopes that someone searching for that mark may be interested in an alternative. For example, in the case of the *interflora* search, above, the three competitors bidding to have their ads appear—Teleflora, 1stInFlowers.com, and ProFlowers—believe that although the searcher typed the phrase *interflora* into the search engine, the searcher may be willing to consider an alternative service. This isn't always the case, of course; in some cases, searches for marks are very specific, with searchers only interested in the particular brand.  While flower-delivery services are almost "commodities," with little difference between them in the minds of many consumers, searchers for, say, *harley davidson* or *mac powerbook* are most likely looking for those particular brands, rather than more generic information about motorbikes and laptop computers.

77.    It is true that searches for many brand names do *not* result in competitors' PPC ads appearing. However, this is generally for one of the following reasons:

- Companies sometimes come to a "gentleman's agreement," agreeing not to bid on each other's marks
- Companies may use "legal intimidation"—cease and desist letters and threats of lawsuits—to discourage advertisers from bidding on their marks
- As noted above, in some cases searchers are most definitely looking for information about the specific mark for which they searched, and thus it is simply not financially worthwhile for competitors to bid on those terms. Should Dell bid on the term mac powerbook, for instance, too few people clicking on the ad are likely to buy Dell computers to make the ads profitable.

### 2.    Bidding on Competitor's Marks Is Allowed by the Major PPC Services

78.    Another reason that many companies do bid on their competitors' marks is that the major PPC services allow the practice. Google's policy in regards to what one call "keyword triggers" is simple:

"Trademarks as keywords

Google won't investigate or restrict the selection of trademarks as keywords, even if we receive a trademark complaint."[8]

79.    Bing's policy is essentially the same:

"Trademark infringement investigations

Microsoft will investigate a complaint about trademark infringement **in the text of a search ad**"[9] [emphasis added]

80.    [Note that Bing Ads provided the PPC ads that were incorporated into the Bing.com search results *and* the Yahoo.com search results.] I was unable to find a current policy document that explicitly states that Bing will not investigate use of keywords as ad *triggers*, but Bing does not appear to have documents that discuss such investigations, and certainly in the past Bing has publicly announced that it will not investigate the use of trademarks as keyword triggers.

### 3.    Bidding on Competitor's Marks Is Encouraged by the Major PPC Services

81.    The PPC services also encourage the use of competitors' marks as keyword triggers. The fact that they allow it, and refuse to "investigate or restrict" it, is of course encouragement in itself. But furthermore, the PPC services also encourage bidding on competitors' marks through their keyword research tools, as explained later in this report.

### 4.    Google Believes Bidding on Competitors' Marks Improve Search Results and Helps Searchers

82.    Google has protected the right of its advertisers to bid on competing marks in court on several occasions, and has explained its reasoning. While Google's current policy allows advertisers to bid on trademarked terms as keywords, it should be noted that Google at one point had a stricter policy. Before June of 2009, Google would, and did, restrict the use of keyword triggers in response to trademark complaints. After June 4, 2009, however, Google lifted earlier

---

[8] https://support.google.com/adwordspolicy/answer/6118?hl=en
[9] http://ads.bingads.microsoft.com/en-uk/intellectual-property-policies

restrictions on keyword triggers, and stated that from that point forward they would only investigate the use of keywords in ad text, not as triggers. Explaining why, they stated that:

> *Google's goal is to provide our users with the most relevant information, whether from search results or advertisements, and we believe users benefit from having more choice. Our policy aims to balance the interests of users, advertisers, and trademark owners while leveling the playing field for all advertisers.[10]*

### 5.    The Federal Trade Commission Believes That Bidding on Competitors' Marks is Helpful to Consumers

83.    The Federal Trade Commission recently sued *1-800 Contacts* for unfair business practices in relation to what it called the orchestration of a "a web of anticompetitive agreements with rival online contact lens sellers that suppress competition in certain online search advertising auctions."[11] The FTC claims that *1-800 Contacts* "orchestrated and now maintains" agreements with rival contact-lens retailers under which the companies agree not to bid on each other's PPC terms. These agreements, the FTC states, were often the result of "lawsuits that 1-800 Contacts brought or threatened against numerous rivals, which accused rivals of infringing its trademarks." In other words, 1-800 Contacts employed vexatious litigation as a tool to block rivals' PPC ads from appearing in the search results after being triggered by the search phrase *1-800 contacts*.

84.    The FTC argues that this harms consumers: "The bidding agreements harm consumers, according to the complaint, by restraining competition for, and distorting the prices of, advertising in relevant online auctions, by reducing the number of relevant, useful, truthful and non-misleading advertisements, by restraining competition among online sellers of contact lenses, and in some cases, by resulting in consumers paying higher retail prices for contact lenses."

---

[10] http://adwords.google.com/support/aw/bin/answer.py?hl=en&answer=143903
[11] https://www.ftc.gov/news-events/press-releases/2016/08/ftc-sues-1-800-contacts-charging-it-harms-competition-online

85.    One can conclude that the FTC believes advertisers should be able to trigger ads in response to searches for the marks of competitors, as it increases "the number of relevant, useful, truthful and non-misleading advertisements," and in some cases may lead to consumers paying lower prices.

**D.    Plaintiffs Accuse Defendant of Using the Term *Insurance Depot* in the Listing Text**

86.    The following are the search-engine listings, presented by Plaintiffs in their Complaint, that were created by Defendant:

**Listing 3 -Yahoo PPC Ad:**



Exhibit 1 to Plaintiffs' Second Amended Complaint, Page 12

**Listing 4 – Organic Listing, Unknown Origin:**



Plaintiffs' Second Amended Complaint, Page 5

**Listing 14 – Google PPC Ad:**



Exhibit 1 to Plaintiffs' Second Amended Complaint, Page 17

87.    The Complaint shows that Listing 3 was a PPC ad appearing in the Yahoo.com search results, and Listing 14 was a PPC ad in the Google.com results; the Complaint does not

state where Listing 4 was found. However, Listing 4 does not appear to be a PPC ad. If displayed on Google.com or Bing.com, the first item on the second line would be an image containing the word Ad (on Google.com) or the word Ad (on Bing.com). In addition, the ad text is too long to be a PPC ad. Thus this listing must be an organic listing rather than an ad. However, the complaint does not explain where this listing was found, and in fact the listings shown on pages 5 and 6 of Plaintiffs' Second Amended Complaint seem to be transcribed listings, and not actual screenshots.

### 1.    Plaintiffs' Mark Does Not Appear in Listing 14

88.    Plaintiffs' mark does not appear in Listing 14, as shown again below:

**Listing 14 – Google PPC Ad**:



Exhibit 1 to Plaintiffs' Second Amended Complaint, Page 17

89.    Thus the only accusation in relation to Listing 14, a Google PPC ad, seems to be that it appeared in the search results in response to a bid on Plaintiffs' keyword. As explained above, this is a normal occurrence, accepted by the PPC networks, by the FTC, and by United States Courts. Thus it is  not clear to my why this listing is being accused.

### 2.    The Use of *Insurance Depot* in Ads May Have Been Unintentional

90.    As shown above, Listing 3, a Yahoo PPC ad, contains the text *insurance depot* in the ad title. This inclusion may have been accidental, a result of a PPC feature known as *dynamic keyword insertion* (DKI).

91.    DKI is a technique used by PPC networks to help advertisers take a keyword that triggers the display of an ad, and place that keyword into the into the ad text itself. (A single ad may be triggered by multiple keywords at different time.) For example, the following is an ad I found in a list of ads used by Defendant [Exhibit F].

{Keyword:Local Car Insurance}
Compare Auto Insurance Quotes In
Mapleton Depot And Save Up To $500

92.    The top line is the ad title. The text in the title is a DKI command. It means, in effect, "place the keywords that triggered the searcher search for into the ad on this line, or, if the search term used was too long to fit on this line, use the text *Local Car Insurance* instead." For example, if the ad display was triggered by the keyword *Cheap Auto Insurance*, the ad would appear like this:

Cheap Auto Insurance
Compare Auto Insurance Quotes In
Mapleton Depot And Save Up To $500

93.    If, however, the ad was triggered by a longer term, one too long to fit on that line— *buy cheap motorbike and auto insurance*, for instance—then the ad would appear like this, using the default text in the title:

Local Car Insurance
Compare Auto Insurance Quotes In
Mapleton Depot And Save Up To $500

94.    The purpose of this is to help advertisers closely match what searchers searched for; a searcher seeing their exact search phrase in an ad, or at least one that is close to the phrase searched for, is more likely to stop and read the ad. DKI can be used in both the title of the ad and the text.

95.    I have been provided with a list of ads, containing the word *depot* anywhere in the ad text, used by Defendant. However, due to the passage of time and the fact that Defendant sold its insurance division in November 2015 and no longer has the records, the list of ads is not complete, and the particular ad shown in Listing 3 is not present. In fact, none of the ad texts provided to me included the term *insurance depot* anywhere in the ad title or ad text.

96.    However, the list of ads with which I was provided does show that Defendant *did* use DKI in some cases; indeed it would be unusual if an advertiser such as Defendant, with a very

large ad budget and millions of keywords, did *not* use DKI some of the time. Furthermore, to reiterate, none of the ads with which I was provided did include the phrase *insurance depot* anywhere in the title or ad text.

97.    Thus there is a distinct possibility that the sole Defendant ad containing the text *insurance depot* that was provided by Plaintiffs in the Complaint (Listing 3) was not originally created with the text *insurance depot*; rather, Defendant created ads, absent the term *insurance depot* but with DKI tags in them, and the term *insurance depot* was automatically dropped into the ad by the PPC network. In other words, that Defendant did not intend for that term to be included in the ad, and that it did appear only due to an unforeseen accident.

98.    This is a very common occurrence, absolutely not limited to Defendant. Although DKI can be useful, it can often have unforeseen (and deleterious) effects.[12]; advertisers ending up with unforeseen ad texts in the PPC results.

### 3.    The Use of a Brand Does Not Automatically Result in Initial Interest Confusion

99.    Plaintiffs contend that "displaying Plaintiffs' Mark constitutes a substantial likelihood of confusion." Plaintiffs have provided a single example of a PPC ad, with the ad text including Plaintiffs' mark. The second PPC example in Exhibit 1 to the Plaintiffs' Second Amended Complaint (Page 17; what I refer to above as Listing 14) does not include the mark anywhere in the text, and thus cannot present "a substantial likelihood of confusion."

100.    Listing 3 does have the mark *Insurance Depot* in the title of the ad, though nowhere else. (Listing 4 appears to be an organic listing, not a PPC ad, and has not been provided by Plaintiffs in any context. It is not clear where this comes from: what search engine, in what position

---

[12] See, for instance, *Dynamic Keyword Insertion: The Good, the Bad & the Ugly* -
http://www.wordstream.com/blog/ws/2014/04/17/dynamic-keyword-insertion-guide

in the search results it appeared, nor even on what page of search results—the first page? Second

page? Third?)

101.    It is my understanding that initial interest confusion "results when a consumer seeks

a particular trademark holder's product and instead is lured to the product of a competitor by the

competitor's use of the same or a similar mark." *See Australian Gold, Inc. v. Hatfield*, 436 F.3d

1228 (10th Cir. 2006). However, even in the single example provided by Plaintiffs, it is not

apparent that this ad "constitutes a substantial likelihood of confusion" for various reasons:

- The ad could not divert visitors from Plaintiffs' site, as none of the links on the search-results page include links to Plaintiffs' site
- This is ad represents a single link on a page with almost 80 other links choices
- The ad represents 15 words among hundreds of words on the page
- The ad is on the right side of the page, in a position that typically gets few clicks
- The ad is on the second page of search results, a page that is rarely seen by consumers
- The ad was likely clicked upon very infrequently, as explained in this report below

### a)        No Links to Plaintiffs' Business on Search Result Page

102.    Plaintiffs complain that Defendant's ad "circumnavigate … prospective insurance

customers or leads from Plaintiffs' website to this Defendant's website(s)." As I have explained

elsewhere in this report, below, the term *circumnavigate* is neither explained in the Complaint nor

a "term of art," and thus I have assumed that Plaintiffs are accusing Defendant of diverting

"prospective insurance customers or leads from Plaintiffs' website to this Defendant's website(s)."

103.    As an initial problem, assuming that either Plaintiff is ultimately sufficiently related

to an insurance business such that it could possibly have revenue related to the sales of insurance,

there is no indication *anywhere* on the search results pages that such a company was making any

effort whatsoever to be found on Yahoo, Bing, or Google. The search results on pages 12, 13, 17

and 18 captured in Exhibit 1 to the Second Amended Complaint show a plethora of search results

and ads resulting from a search of "insurance depot"; yet none of those result appear related to

Plaintiffs. It is disingenuous for Plaintiffs to complain that Plaintiffs' business is somehow

"circumnavigated" in the search results and ads when Plaintiffs apparently made zero effort themselves for their business to be found.

### b)  Ad and Results Are Nearly Lost in a Multitude of Links and Search Results

104.  The search-results page in question contains approximately 80 links, providing searchers with a multitude of possible choices; they could click on one of these 80 or so links, click the browsers' Back buttons, load another page into their browsers, or close their browsers.

105.  Defendant's ad presents only one of this multitude of choices.

106.  Similarly, Defendant's ad is only one small portion of the text on the page, just 15 words among hundreds. Searchers only glance at search results for a split second, and thus it's likely that many searchers would never even notice Defendant's PPC ad.

107.  The ad in the example provided by Plaintiffs [see Exhibit 1 to Plaintiffs' Second Amended Complaint, Page 14] is on the right side of the page, six links down. This is a position on the page that does not get much attention from searchers. Searchers are far more likely to click on links at the top of the PPC ads, or at the top of the organic results, than on the ads on the side. Again, it's likely that many searchers would never even notice Defendant's PPC ad.

108.  This ad is on the second page of the Yahoo.com search results. If one looks closely at the page numbers at the bottom of the search-results page, one sees that the 2 is bolded, indicating that the current page is Page 2.



Exhibit 1 to Plaintiffs' Second Amended Complaint, Page 3

109.  Also, consider the page's URL:



Exhibit 1 to Plaintiffs' Second Amended Complaint, bottom of Page 1

110.   Near the end of the URL, we find this:

$$b=11$$

111.   This is the offset, indicating that the page begins with the 11th "organic" search result, and is thus the second page of the search results.

112.   Consumers rarely look at the second page of search results, and so this particular ad was extremely unlikely to have been seen by many consumers, and even less likely to have been clicked upon.

### c)   Consumers Search for Brand Names Even When Not Seeking the Specified Brand

113.   It has also been demonstrated through research that consumers often use brand names as search queries, when they are not looking for the particular brand. It is quite simply not correct to assume that a consumer searching for the brand has been "diverted" from that brand should the consumer be led elsewhere, as that may have been the consumer's intention in the first place.

114.   In effect consumers often use the brand name as a kind of proxy. If a consumer is searching for information on product types in markets that are dominated by particular brands, they may use a brand name to search for information about other products within the market.

115.   Professor David Franklyn and David A. Hyman published a paper in the Harvard Journal of Law & Technology (Volume 26, Number 2 Spring 2013) titled "Trademarks as Search Engine Keywords: Much Ado About Something?"[13] They describe this "proxy" use of a trademark thus:

---

[13]

http://poseidon01.ssrn.com/delivery.php?ID=43300008803109802510509807409501612402807204200808401109212408611308402010809709100509800303203501811603308010511112002108308210608001203903308607210510600208304302512507308208510210009206809410609407608006602102809900407309303012309906406&EXT=pdf

"When Consumer #1 types trademark X into a search engine, she is only looking for products bearing that trademark and expects to see such products and no others. Consumer #2, on the other hand, focuses on the product category rather than the specific brand. When Consumer #2 types trademark X into a search engine, she is using it as a generic proxy term to describe a category of goods. She could have equally well typed in trademarks Y and Z, which compete with products bearing trademark X. Consumer #2 welcomes information on products bearing trademarks Y and Z, and would be disappointed if her search engine provided only information on products bearing trademark X."

116.    The authors of that paper carried out various consumer surveys. One survey found that most consumers searching using a brand name were either looking for other options, or had no preference, while a slight minority were only interested in finding information about the searched-for brand:

> "We began by asking survey respondents who had searched for a particular brand of product whether they were usually interested in finding information about that brand, or whether they were also interested in getting information about similar products from other brands. A near majority, 47%, of survey respondents indicated they usually wanted information about the specific brand they had searched for, **while 31% usually wanted information about similar products from other brands, and 22% had no preference.**"
>
> Trademarks as Search Engine Keywords: Much Ado About Something?, Page 37, emphasis added

117.    Another of the authors' surveys found a higher proportion only seeking information about the brand, though also a higher proportion seeking information about other products. But the survey also found that 39% of searchers *expected* to find information about other brands along with the searched-for brand:

| Table 6: Respondent Goals/Expectations | | |
|---|---|---|
| | What I'm looking for[175] | What I expect to find[176] |
| Products bearing that brand name only | 65% | 45% |
| Products bearing that brand name and similar competing brand names | 34% | 39% |
| Similar competing brand names only | N/A | 10% |
| Products having nothing to do with the brand name | N/A | 6% |
| Other | 1% | 1% |

Trademarks as Search Engine Keywords: Much Ado About Something?, Page 38

118.    Thus in many cases diversion is not taking place, because in many cases the original intention of the searcher was to find information about the "category of goods," and the trademarked search term is merely a proxy for this.

119.    The authors also make the following statement:

> "Diversion does not harm consumers unless they have both a specific destination in mind, and a lack of interest (at least at the outset) in alternatives. However, consumers actually have quite heterogeneous goals and expectations. Most ads are unlikely to give rise to confusion as to source. Click-through rates are often low, and consumers can readily click back if they do not find what they want. Given all these factors, the actual probability of harmful diversion turns out to be relatively modest."

> Trademarks as Search Engine Keywords: Much Ado About Something?, Page 55

### E.    Plaintiffs Accuse Defendant of Using Their Mark in the Landing Pages

120.    Plaintiffs also accuse Defendant of using the *insurance depot* mark in landing pages; that is, the pages that consumers would see after clicking on the PPC ads. This page is shown below [as illustrated, without images, in the Exhibit 1 to the Plaintiffs' Second Amended Complaint, Page 15]:

AutoInsuranceQuotes.com
A BANKRATE COMPANY          Shop Smart & Save

# Insurance Depot

Nov 12 2012 3:32 PM

When searching for the right type of insurance there are several companies that can
handle all your insurance needs. Insurance depot provides all the insurance coverage
needed for your vehicle. When you are reviewing coverage with insurance depot you
should make sure to get the most coverage with in your budget. Another consideration
with the insurance depot is making the decision about upgrading your liability coverage
as well as any type of comprehensive insurance policy.



"I saved $532 and a ton of time
shopping for auto insurance.
Great customer service as well- Thanks."

Gary P.- Greeley, Colorado

## Health insurance depot

When you are researching health insurance it is important to identify the coverage you need
and the budget. Health insurance depot provides web-based insurance to its clients. The key to
getting any type of health insurance quote is to be able to examine different coverage's and
rates. Health insurance depot is able to provide a quick and comprehensive search of several
different types of health insurance.

## American insurance depot

In your search for insurance it is important to thoroughly research all the companies that you
are looking to obtain a policy. Knowledge is the best weapon when you are researching
insurance and American insurance depot provides a lot of information about different types of
policies. American insurance depot can provide information and quotes for a myriad of

insurance policies. Since American insurance depot does not promote certain companies or
policies there information is straightforward and not skewed toward certain insurance products.

## Auto insurance depot

If you are looking for insurance, a great resource to look at is auto insurance depot. Auto insurance depot is a company that allows you to research your insurance needs whether it is by phone, on the web or in the office. Auto insurance depot has multiple locations and has a lot experience in different types of insurance. Be sure when you contact auto insurance depot ask about their coverage's for your boat and RV.

## All insurance depot

Researching insurance online can be exhausting and sometimes a futile activity. All insurance depot and other sites have the different ways that they can educate you on the types of insurance that are available. When you are looking at different types of coverage with all insurance depot it is strongly advised for you to maximize your coverage while staying within your budget.

## The insurance depot

Searching for the most coverage at the best rate is a challenge that we all face. The insurance depot has different types of insurance that cover practically all aspects of life. Working with the insurance depot is just a click away and they can put you in position to get an insurance quote from everything ranging from life insurance to pet insurance.

1.     **Defendant Was Using *Insurance Depot* in a Generic and Descriptive Manner**

121.    As is clearly evidenced by the text of the page itself, Defendant was using the term *insurance depot* in a descriptive manner. As I explained in this report, above, PPC marketers use many thousands of keywords, in some cases millions, in such a manner that little thought is given to the specific meaning of particular keywords. In this case the Defendant seemed to use the term insurance depot in various ways that suggested it was targeting keyword matches that it believed might occur, without a lot of attention to the specifics of individual terms; as described above, this is a sort of "shotgun" approach, attempting to "hit" as many prospects as they possibly can, and then analyzing results to see what keywords are most effective.

122.    As is evident from the above screenshot, the term "insurance depot" is used more than a dozen times to describe generic insurance-related services, including "Health insurance depot," "American insurance depot," and "All insurance depot." Not only do these uses indicate a

"shotgun" approach to use of the keyword, but show that the author of the page was not even aware of Plaintiffs' existence. Specifically, Plaintiffs' use of the term "insurance depot" was only asserted by Plaintiffs to be used in connection with car insurance, and Plaintiffs have not asserted that they ever sold health insurance, RV insurance, boat insurance, life insurance, or pet insurance, as mentioned in this page.

123.    Moreover, such usage makes sense in light of the clear descriptive meaning of the term "depot."

### a)    Depot Terms Were Used Descriptively in Many Ads

124.    I was provided with two lists of ads that contain the term *depot* in their text, one from Google AdWords and one from Bing Ads. [Exhibits E and F]; combined there are 149 ads in these documents. None of these ads contain the term *insurance depot*. Rather, they use the term *depot* in a more descriptive manner.

125.    The only ad title that contained the term *depot* was *Depot Auto Insurance.*

126.    None of the ad texts contained the term *insurance depot*. The only use of the word *depot* in the ad texts was in combination with a town name, such as *Genesee Depot*. A subject I discuss further below.

127.    None of the ads' Display URLs (provided the 137 Google ads; Display URLs are the URL visible to the searcher in the ad) contained the term *insurance depot*, although the term *Depot* was used (as in *Depot.AutoInsuranceQuotes.com*).

128.    None of the ads' Destination URLs (the URLs to which the ads point, the page that loads when the searcher clicks the ad) contained *insurance depot* or *depot*. (Again, the Destination URL was provided for only the 137 Google ads).

### b)    GeoTargeting

129.    For example, Defendant clearly thought the keywords *insurance* and *depot* might have been geographically significant. The list of ads contained in Exhibit F includes several ad

campaigns that appear to have been targeting particular regions and cities: AIQ Cities 3, AIQ Cities 4, AIQ Cities 5, AIQ Cities 8, AIQ Cities 9, and AIQ - GEO - CA. (Ad campaigns are collections of keywords and ads that have been designed for different purposes.)

130.    Within the Cities groups were a number of ad texts naming specific cities, such as this ad:

> Auto Insurance Quotes
> Find The Best Auto Insurance in
> Ellenburg Depot And Save Money!

131.    Ellenburg Depot is a city in New York.[14] This ad group also contained ads targeting Genesee Depot (Wisconsin[15]), Mapleton Depot (a US Silica Plant close to Mapleton, PA[16]), Mansfield Depot (a neighborhood of Mansfield, CT[17]), Scott Depot (West Virginia[18]), and Washington Depot (Connecticut[19]).

132.    The Mapleton Depot and Mansfield Depot examples are good examples of the shotgun approach in which many thousands of keywords are combined with little consideration given to specific keywords within the list. These locations are not even towns—one is an industrial plant—but the shotgun approach led to them being included presumably "just in case" someone from what appeared to be these towns searched for insurance.

133.    The term *depot* is a commonly used word in the United States to mean a location in which products may be stored, or a location where products may be purchased.

134.    It is probable that the generic, almost useless text in the Defendant's landing page was focused on the term "insurance depot" because it was on a list of keywords bid upon by

---

[14] https://en.wikipedia.org/wiki/Ellenburg,_New_York
[15] https://en.wikipedia.org/wiki/Genesee_Depot,_Wisconsin
[16] http://www.ussilica.com/locations/mapleton-depot-pa
[17] https://www.google.com/maps/place/Mansfield+Depot,+Mansfield,+CT+06268/@41.8015022,-72.3152239,15z/data=!3m1!4b1!4m5!3m4!1s0x89e68aa2919edb7d:0xc1d8230d0464537a!8m2!3d41.8014871!4d-72.3064691
[18] https://en.wikipedia.org/wiki/Scott_Depot,_West_Virginia
[19] https://en.wikipedia.org/wiki/Washington,_Connecticut

Defendant. (See the description earlier in this report on how keywords are chosen.) Defendant would have had no way to know that the term happened to be a trademark.

135.   Although two "depot" related trademarks have achieved secondary meaning (Home Depot and Office Depot), there are seemingly endless other uses of "depot" that aren't well known. In fact, searching for many product names combined with the word *depot* will result in "Depot" Web sites: ApplianceDepot.com, DinetteDepot.com, AirgunDepot.com, WaxDepot.com, BrassDepot.com, BookDepot.com, DroneDepot.com, BikeDepot.com, and many more. It's sometimes harder to find "[something]Depot.com" domain names that *haven't* been registered that to find "[something]Depot.com" domain names that have, and many of the registered domain names have active Web sites (all of the above listed "depot.com" domain names are active Web sites).

136.   Furthermore, a look at the example search results provided in the Exhibit 1 to Plaintiffs' Second Amended Complaint shows how popular the term *depot* is. The first example (Page 1) includes the following domain names: TheLifeInsuranceDepot.com, Insurance-Depot.org, TheInsuranceDepot.com, InsuranceDepotCalgary.com, InsuranceDepotInc.net, InsuranceDepotLtd.com, and InsuranceDepotAmerica.com. In addition, one can find a link to a SuperPages.com listing for a company in Troy, NY named Insurance Depot, and to idfsonline.com, the Web site of a company called Insurance Depot and Financial Services in Indiana.

137.   The other example (Page 6 of the Exhibit 1 to Plaintiffs' Second Amended Complaint) includes links to HealthInsuranceDepot.net and OntarioInsuranceDepot.com, along with links to company information pages related to The Insurance Depot, Inc. of Sault Ste. Marie in Ontario; the Show-Me Insurance Depot in Boonville, MO; Insurance Depot in Charlotte County, FL; Insurance Depot Services of Chicago, IL; and Auto Insurance Depot of FL.

138.    Stated simply, the term "depot" is descriptive, used by hundreds (or thousands) of businesses, and its presence in a keyword list likely would not tend to alarm an employee of Defendant that it would be a trademark.

### 2.    The Example Landing Pages Do Not Masquerade as Insurance Depot Pages

139.    Using a competitor's mark within a Web page is not in itself an infringement of the competitor's trademark, if the consumer is not confused and misled.

140.    The manner in which Defendant used the *insurance depot* mark within the landing pages does not have the potential to mislead consumers into thinking they were on InsuranceDepot.com, or a site owned by the Plaintiffs. Various factors suggest otherwise:

- The URL in the ad indicates to the consumer that they will not be visiting the Plaintiffs' Web site should they click the link
- The URL of the landing page is clearly not a page on InsuranceDepot.com
- The pages are clearly *not* branded as InsuranceDepot.com
- The text of the page does not state that the page is provided by Insurance Depot
- Additional information in landing page 1 indicates that the page is not from insurance depot
- The link in the landing page footers lead to pages that clearly state the ownership of the site

141.    Plaintiffs' Complaint cites two of Defendant's landing pages, which were obtained between April 27th, 2014 and May 27th, 2014. The Complaint provides a low-quality image of a Web page at www.AutoInsuranceQuotes.com/news/insurance-depot.2. (Exhibit 1 to Plaintiffs' Second Amended Complaint, p.15); *see also* Archive.org's WayBackMachine (March 9th, 2013 - https://web.archive.org/web/20130309055613/http://www.autoinsurancequotes.com/news/insurance-depot-2; no capture closer to the Plaintiffs' capture is available.), and Defendant provided me with the original source file in an MHT Web-page archive format (Exhibit D, AutoInsuranceQuotesDotCom.mht). Due to the differences in the manner in which these files were saved (a printed screenshot, a WayBackMachine archive page, and an exact copy), there are appear

to be some differences between the pages. The one provided to me by Defendant is the most exact copy. I will refer to this landing page as Landing Page 1.

142.    It is unclear where the other page was obtained; the Exhibit 1 to the Complaint does not contain a URL. Thus the only copy I have of this page is the low-quality screenshot from Exhibit 1. I will refer to this as Landing Page 2. The page appears similar to, but not exactly the same as, Landing Page 1.

<p style="text-align:center"><strong>a)    The Ad URL's Notify Consumers They Are Not Going to InsuranceDepot.com</strong></p>

143.    All of the ads in question contain "display URLs" clearly showing that clicking on the ads will take consumers to the AutoInsuranceQuote.com Web site; this domain name does not contain the Plaintiffs' mark.

<p style="text-align:center"><strong>b)    The Landing Page URL is Clearly Not a Page on InsuranceDepot.com</strong></p>

144.    The URLs of the landing pages clearly indicate that the pages are on the AutoInsuranceQuote.com Web site, not pages on InsuranceDepot.com.

<p style="text-align:center"><strong>c)    The Landing Pages Are Clearly Not Branded as InsuranceDepot.com</strong></p>

145.    The landing pages are also not branded as Insurance Depot or Insurance Depot.com. The following heading appears at the top of both landing pages:



146.    The heading clearly and prominently shows the consumer that he or she is on AutoInsuranceQuotes.com, and furthermore, that AutoInsuranceQuotes.com is owned by Bankrate, a well-known online brand. There is no indication that the consumer may be on a site owned by or somehow associate with Insurance Depot. (Note that the low-quality, black-and-white

examples in the Exhibit 1 to the Plaintiffs' Second Amended Complaint do not show just how prominent this large, multi-colored branding actually is.)

      **d)**    **Additional Information in Landing Page 1 Indicates the Page is Not from Insurance Depot**

147.    Landing Page 1 contains a series of small ads at the bottom of the page, as shown in the Exhibit 1 to the Second Amended Complaint, Page 5:



148.    These indicate that the consumer may obtain quotes from Progressive, Elephant Auto Insurance, and AAA Auto Insurance. These would also suggest to consumer with knowledge of Insurance Depot that they are not on the Insurance Depot site.

      **e)**    **Links in the Landing Page Footers Provide Clear Statements of Ownership**

149.    While the sample landing pages in Exhibit 1 to the Plaintiffs' Second Amended Complaint do not show these—perhaps the pages were truncated—in fact the landing pages have a series of links at the bottom, appearing like this:



150.   None of these links take consumers to a page that would indicate any relationship with Insurance Depot. Furthermore, the links provide information that clearly shows the site is *not* related to Insurance Depot:

- The <u>Company Information</u> and <u>Contact Us</u> links lead to pages that clearly state the site is AutoInsuranceQuotes.com.

- The <u>Privacy Policy</u> and <u>Your California Privacy Rules</u> links lead to a page that cites AutoInsuranceQuotes.com four times

- The <u>Terms & Conditions</u> link leads to a page that cites AutoInsuranceQuotes.com four times

- The <u>Get a Quote</u> page leads to the home page of AutoInsuranceQuotes.com

- The <u>Tools & Tips</u> link leads to http://www.autoinsurancequotes.com/toolsandtips, which is clearly not an Insurance Depot page

- The <u>News</u> link leads to http://www.autoinsurancequotes.com/news, which is clearly not an Insurance Depot page

- All the aforementioned pages contain the same prominent banner: *AutoInsuranceQuotes.com – A BANKRATE COMPANY*

151.   The footer area also includes social-networking icons:



152.   These icons do not appear in Exhibit 1 to the Plaintiffs' Second Amended Complaint; as noted above, it seems the landing pages in the exhibit were truncated and not saved in their entirety. They also do not display when loading the MHT archive file, but an examination of the archive file's source code indicates that these icons were present in the page. Furthermore, an examination of the WayBackMachine's archived copy of

http://www.autoinsurancequotes.com/news/insurance-depot-2

(https://web.archive.org/web/20130309055613/http:/www.autoinsurancequotes.com/news/insura

nce-depot-2) shows that the page had social-networking icons more than a year earlier, though not

the same code.

153.   These icons lead to Defendant's Facebook, Twitter, and Google+ pages. These

pages clearly show that the site is an AutoInsuranceQuotes.com site, not an Insurance Depot site.

### f)    Defendant Made No Attempt to Match Plaintiffs' Brand

154.   Defendant's landing pages did not match the Plaintiffs' branding in any way. The

following illustration shows the InsuranceDepot.com home page and branding:



155.   Plaintiffs' Web site includes a number of distinctive branding elements:

- The Insurance Depot logo

- The orange color of the header and page header, box headers, footer, and buttons

- The blue background color

- The gray box backgrounds

- The font (Segoe UI)

- The "sparse" content; very little text

156.    The Defendant's Web site is completely different, as can be seen below:



157.    Defendant's landing page looks nothing like the Plaintiffs' branded Web pages. At first glance it is clearly very different. Specifically:

- The logo is entirely different; it does not contain the text *Insurance Depot*, does not have Plaintiffs' "road" icon in place of the I, and does not match the color scheme

- Defendant's page uses blue for header and box backgrounds, and green for buttons, rather than Plaintiffs' orange

- Defendant's page uses white as the background color, rather than blue

- Defendant's page does not have gray box backgrounds

- Defendant's page uses a different, and slightly smaller, font: Arial 13px rather than Segoe UI 14px

- Defendant's page is very "text heavy," rather than using the "sparse" look of Plaintiffs' site

## F.    The Defendant's Search-Engine Listings Resulted in Very Few Site Visits

158.    Plaintiffs accuse Defendant of directing traffic to its AutoInsuranceQuotes.com Web site in response to searches for the term *insurance depot*. I have explained, above, a number of reasons why this many not represent a case of consumer confusion.

159.    Furthermore, even if the Court should find that indeed this did represent a case of initial interest confusion and diversion, the actual numbers of consumers diverted would have been very small, because relatively few consumers ever landed on the pages cited by Plaintiffs after searching for the term *insurance depot*.

160.    Plaintiffs have claimed that visitors would have arrived on AutoInsuranceQuotes.com through two mechanisms:

> a: By clicking on PPC ads
> b: By clicking on organic listings

161.    I discuss each of these traffic sources individually.

### a)    PPC Traffic

162.    I have been provided with reports showing 137 ads that linked to AutoInsuranceQuote.com, using the word *depot* in the ad text. I have been informed that these are all the ads that could be found within the Google and Bing PPC account data that matched these criteria.[20]

163.    The Google ads were responsible for 446 "clicks" or visits to AutoInsuranceQuotes.com. [Exhibit F, Cell L4] During the same time period, Bankrate's Google PPC ads in total were responsible for 73,667,922 clicks to its various Web sites [Exhibit G, Cell

---

[20] Interview with Jessica Leirer, VP of Marketing for AllWebLeads, who personally retrieved this data. AllWebLeads purchased the Bankrate Insurance Division in November, 2015.

F7]; thus the *depot* clicks were responsible for just 0.0006 percent of Bankrate's total PPC clicks through Google.

164.    The Bing ads were responsible for just 117 "clicks" or visits to AutoInsuranceQuotes.com. [Exhibit E, Column G] (I do not have data showing how many clicks total Defendant received through Bing Ads, but certainly 117 clicks is an insignificant number.)

165.    Note, however, that these clicks cannot all reasonably be cases of "diversion." These are ads that contain the word *depot*, but none include the term *insurance depot*. If, however, the Court were to find that even ads that did not include the term *insurance depot*, but did include the term *depot*, were responsible for cases of diversion, one can see from this data that the actual cases of diversion are remarkably small.

166.    Another way to see the relative insignificance of "depot" clicks is to consider expenses. The clicks on Google AdWords "depot" ads cost $1,264.57 [Exhibit F, Cell N4], while the total Google AdWords budget was $161,380,682.82 [Exhibit G, Cell K7]; thus the "depot" ads represented just 0.0008 percent of the Google AdWords budget.

167.    As for leads generated by the clicks, the Google "depot" ads generated 73 leads [Exhibit F, Cell P4], compared to 7,573,460 leads total through Google AdWords [Exhibit G, Cell I7], just 0.001 percent.

### b)    Organic Traffic

168.    I have also been provided with information related to "organic" traffic; that is, clicks on search results that were placed by the search engines into the search results based on how well the referenced page matched the search query, rather than on any bidding process.

169.    I have been informed[21] that an attempt was made to discover how many visits landed on the landing page linked to from Listing 4, the probable organic listing in the Plaintiffs'

---

[21] Interview with Jessica Leirer

Second Amended Complaint on Page 5, http://www.autoinsurancequotes.com/news/insurance-depot.

170.    Google Analytics does provide information on how many visits land on a particular page, but only down to a certain level. If too few visits go to a particular page, the number is not available in reports.

171.    No record could be found of traffic going to http://www.autoinsurancequotes.com/news/insurance-depot. The page with the smallest number of recorded visits, as shown in Exhibit H, had 561 visits. Thus the number of visits to http://www.autoinsurancequotes.com/news/insurance-depot must be below this level.

172.    Exhibit I shows traffic—consumer visits—to AutoInsuranceQuotes.com from sometime mid- to late-2012 (when Google Analytics tracking was installed on the site) until the end of 2014. I have been informed that this document shows only organic traffic (free, rather than paid traffic)[22]. The document shows that there were 3,463,208 visits during this period.

173.    Assuming that http://www.autoinsurancequotes.com/news/insurance-depot had the maximum number of visits possible, 560 (one below the last recorded page-visits number), then the page received just 0.0162% of AutoInsuranceQuotes.com's total traffic—that is, to consider the ratio differently, for every visit to the page in question there were 6,184 visits to other pages on the site.

### G.    Meta Tags

174.    Plaintiffs also accuse Defendant of "promot[ing] its business by the use of meta tags…" Plaintiffs' Second Amended Complaint, ¶34. The Complaint does not explain this. However, I examined the meta tags in the AutoInsuranceQuotesDotCom.mht file's source code [Exhibit D], and found the following meta tags:

---

[22] Interview with Jessica Leirer

- <META content="IE=11.0000" http-equiv="X-UA-Compatible">
- <META charset="utf-8">
- <META name="viewport" content="width=device-width">
- <META name="GENERATOR" content="MSHTML 11.00.9600.16476">
- <META name="X-UA-Compatible" content="IE=edge,chrome=1">
- <META name="description" content="Insurance Depot. Average Savings $425, 10 Car Quotes from Providers Allstate, Geico, Nationwide &amp;amp; More. Cheap Auto Insurance From AutoInsuranceQuotes.Com">
- <META name="keywords" content="Insurance Depot, Auto Insurance Comparison, cheap auto insurance, car insurance quotes, car insurance quote, auto insurance quotes, auto insurance quote">
- <META name="google-site-verification" content="-ZyT4t4v3yj9c1wJep7D1cJcFc_DQl9qtSRvyTUxiVU">

175. The term *insurance depot* only appears in two of these tags, the Description and Keywords meta tags.

176. The Description tag contains this text:

> Insurance Depot. Average Savings $425, 10 Car Quotes from Providers Allstate, Geico, Nationwide &amp;amp; More. Cheap Auto Insurance From AutoInsuranceQuotes.Com

177. Although the tag includes the term *Insurance Depot* at the beginning of the tag, it clearly states that the page is "From AutoInsuranceQuotes.Com," and furthermore states that quotes can be obtained from providers such as "Allstate, Geico, Nationwide & More." This appears to be another case in which *insurance depot* is being used in a general, descriptive manner, and not in order to mislead.

178. The Keywords tag contains this text:

> Insurance Depot, Auto Insurance Comparison, cheap auto insurance, car insurance quotes, car insurance quote, auto insurance quotes, auto insurance quote

179. However, this tag cannot be used to "promote [] business" as the tag has no actual function, and has had no function for many years. Originally used to describe the contents of a

Web page, for indexing purposes, Google stopped reading this tag early this century, if in fact it ever used it. While Bing may read and index it, it gives it little or no value. The tag may be used by marketers because they believe it has value, in fact it has no "promotion" value.

180.   Even if the search engines read and indexed the tag, it would still play no role in PPC advertising. Whether an advertiser's ad appears in the search results depends on the bidding process—no PPC system uses the keywords tag to determine if an ad should be displayed or where on the page it should be displayed.

181.   Furthermore, the tag is never seen by consumers; it is hidden in the source code. Thus it can have no effect on diverting or misleading consumers.

### H.    "Circumnavigation" Has No Meaning

182.   Plaintiffs accuse Defendant of having "paid website advertisements or links [that] …circumnavigate … prospective insurance customers or leads from Plaintiffs' website to this Defendant's website(s)." [Plaintiffs' Second Amended Complaint, ¶24] Plaintiffs seem to have a specific meaning for this term, *circumnavigate*, as the Complaint expressly differentiates accusations of "diversion" from accusations of "circumnavigation."

183.   However, the Complaint does not explain the meaning of "circumnavigate," and as this is not a term commonly used in PPC advertising, affiliate marketing, or online marketing in general, I have no way of knowing what this term means. Thus I have had to assume that Plaintiffs are describing some form of diversion, and so I have assumed in my analysis that, despite the distinct use of the two words by Plaintiffs, Plaintiffs are accusing Defendant of diversion. I reserve the right to augment my analysis and opinions should the Plaintiffs explain the meaning of this term.

**VIII.    Conclusions**

184.   In conclusion, the overall evidence shows that Defendant was not involved in a targeted trademark infringement aimed at Plaintiffs, or that Defendant was aware of Plaintiff's existence or that the term "insurance depot" was anyone's trademark. The Defendant was using *depot* term descriptively, in the hopes of driving traffic to lead generation websites.

185.   I reserve the right to amend this report and my opinions should additional facts become available.

August 22, 2016                              _____
                                            Peter Kent

**IX.**    **Exhibit A – Peter Kent's Curriculum Vitae, Including List of All Publications Authored in The Previous 10 Years**

# PETER KENT CURRICULM VITAE

## INCLUDING ALL PUBLICATIONS AUTHORED IN THE PREVIOUS 10 YEARS

**399 E Bayaud Ave., Denver CO 80209  ♦  720-771-3246**
**Peter@PeterKentConsulting.com  ♦  www.PeterKentConsulting.com**

## Summary of Qualifications

**18 Years' Experience in all Aspects of Online Marketing:**

- Search Engine Optimization (SEO)
- Search Engine "Link" Campaigns
- Pay Per Click (PPC) Search engine Advertising
- Affiliate Marketing
- Online PR
- Online Advertising
- "Community" Marketing
- E-commerce Site Development
- Web Site Development
- Web Application Development
- E-mail Newsletter Publishing
- Web Project Management
- User Interface Design
- Improving Online "Conversions"
- Amazon Marketplace Merchandising

## Expert Witness and Consulting Experience

- Pay Per Click keyword-bidding case involving FreeCreditreport.com
- Expedia Hotel Taxes and Fees Litigation
- Microsoft Patent-infringement claim related to the use of sound on Web sites
- Trademark disputes related to domain names, company names, and the effects of trademark confusion on search engine traffic
- Patent cases related to online membership systems, ecommerce systems, Internet billing systems
- Software comparison in a competition dispute related to a major software purchase

## Publications

- Author of the bestselling *Complete Idiot's Guide to the Internet*, *Search Engine Optimization for Dummies*, and *Pay Per Click for Dummies Search Engine Marketing*, *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*, and dozens of other Internet-related books over the last 18 years.
- An award-winning technology column in two Colorado Newspapers for over 11 years; hundreds of periodical articles
- Staples.com's E-commerce Expert
- Lynda.com video training course (SEO)

## Real World Experience

- Extensive online experience (bulletin boards and online services), dating back to 1984
- Working on the Internet day-to-day Internet since 1993
- Working in software development since 1981…cyberspace-software development since 1991
- Founder of an e-business service provider, funded by Softbank/Mobius, one of the world's largest venture-capital firm

- General Manager/Architect of a large site for a consortium of seven law firms; the site has 400,000+ pages, with sophisticated content-management and lead-management utilities running behind the scenes
- Founded a publishing company, with e-commerce sales, in 1997
- VP of Web Solutions for a national ISP
- VP of Marketing for a Web-development company
- Consulting services for scores of companies, large and small, from Amazon.com to Lonely Planet, a small furniture firm to a medical-transcription service, law firms, real-estate firms, and much more.

## Public Speaking

Extensive public speaking: 100+ radio show guest appearances, ten years of speaking engagements, including seminars, panels, workshops, teleseminars, etc.

## Summary of Qualifications

Experience in all aspects of online marketing—search engine optimization, search engine advertising, affiliate programs, online PR, etc.—along with more traditional offline marketing. A background in book publishing and technology, including e-commerce development, product development and management, user-interface design, software-product design, consumer research, training, and documentation. Founded an e-commerce service provider funded by the world's largest VC firm, and an "online enabled" publishing company, Top Floor Publishing. An accomplished public speaker and author of dozens of books about the Internet and online marketing, including several best sellers.

## Skills and Accomplishments

- Employed search engine marketing to triple the revenues of a computer-peripherals company in less than 12 months.
- Employed Web design and search engine marketing to jump start sales for an online scaffolding company. Increased revenues from $10,000/mth to $700,000/mth in a year
- Generated 75% of revenues for a Denver-based real-estate startup through search engine advertising campaigns.
- Built a partnership with one of North America's largest publishers to deliver software to bookstores throughout the U.S.
- Raised $4M from Softbank/Mobius to start an e-business service provider, later sold to iBoost.
- Founded a computer-book publishing company, with revenues exceeding $300,000 in the first year.
- Used low-cost, online/offline PR and guerrilla marketing techniques to position a book on the Amazon.com best-seller list, to promote another book into becoming the most widely reviewed and praised title in computer-book history, and to build the *Poor Richard's* series brand.
- Author of the bestselling *Complete Idiot's Guide to the Internet* (1993 – 2000), *Search Engine Optimization for Dummies* (2004), and *Pay Per Click for Dummies Search Engine Marketing* (2006)
- Integrated a dozen different Web-development/hosting teams—with over hundred staff, and located in ten different cities—into a single division.
- Provided strategic/technical analysis to the CEO/executive team regarding acquisitions.
- Hired and trained a staff from 0 to 65 in less than six months.

# Professional Experience

## BuyBak, LLC
### VP of Corporate Development, Co-Founder    Denver, CO: July 2010 – Present
Business development and software development. Buybak is a significant player in the rapidly growing "buyback" business; it currently buys back CDs, DVDs, and video games, returning used products to the retail market, with more product categories coming soon. Partners include Best Buy and Walmart.

## LeadNation, LLP
### Founder, CEO    Philadelphia, PA: July 2009 – January 2011
Co-founder of a firm creating premium Web sites for businesses, along with ancillary services that help them generate and manage business leads.

## Peter Kent Consulting    Denver, CO: 2002 – Present
### Principal
Providing Internet channel-management and Internet-marketing and -strategy consulting services to a varied client base. Current services include assisting clients in developing online-marketing strategies, increasing traffic through search engine marketing and optimization, designing and implementing Pay per Click search-advertising campaigns, designing Web-sites, developing Web-applications, revenue-transaction conversion, and affiliate-program development. Clients include Burg Simpson Eldridge Hersh Jardine PC (a major Denver law firm), RoyalYarns.com (an online wool/handicrafts retailer), Peripheral Manufacturing (used search engine marketing to triple revenues in under 12 months); ScaffoldMart.com (helped this stalled operation restart, increasing sales 7,000 percent); Shane Co. (repositioned this jeweler's online marketing strategy); Aestiva, Inc. (significantly increased sales revenue over a 9-month period); Jones University (designed and developed a strategic plan for optimization of the Web site and improved search-advertising results); and SavingStreet.com (implemented a pay-per-click search-advertising campaign for this startup real-estate company, generating 75% of their initial revenues). In addition to working with literally hundreds of small businesses, assisted a number of large companies such as Amazon.com, Lonely Planet, Zillow, and Tower.com.

## DNAML, Pty
### Sr. VP, United States    Denver, CO: August 2007 – June 2008
Helped this Australian digital-publishing company with business-development campaigns, introducing the company to some of the world's largest publishers in New York and London. Helped the company develop relationships with publishers such as Wiley, McMillan, Hachette, Random House, Harper Collins, Elsevier, and others.

## Indigio Group    Denver, CO: 2001 – 2003
### Vice President Marketing
A Web-applications development and Internet-marketing-strategy consulting company with clients such as Budget Rent a Car, Cendant, North American Van Lines, Orbis, and Dex Media. Direct responsibilities included the production of strategic marketing plans and materials, overseeing all marketing products, new-business sales development, and Internet marketing-strategy development for clients. Also liaised with key clients and directed all public relations and advertising campaigns. Ensured significant press coverage for the Company, greatly increasing its visibility in Colorado.

## Internet Commerce & Communications    Denver, CO: 2001
### Vice President Web Solutions

A national Internet Service Provider and Web-hosting company. Developed and implemented a strategic plan to merge dozens of geographically dispersed Web-design and Web-hosting divisions acquired during the prior 18 months. Managed a team of 60 staff members, in 8 cities, providing Web Development, Web hosting, Internet marketing, and e-commerce applications to thousands of small and medium-sized businesses in an ASP (Application Service Provider) mode. The division produced revenues of approximately $8M in 2001. In addition, introduced new tools, processes and procedures to improve the department's efficiency and reduce overhead, and designed a number of new ASP products—e-commerce and e-mail publishing—for introduction to the small-business market.

## BizBlast.com
## Co-Founder

An E-Business Service Provider, delivering e-commerce services to small and medium-sized firms on a monthly subscription basis, when doing business online was still relatively new and difficult for most companies. Developed the original business plan and marketing strategy, including raising the company's $4M first-round investment, led by one of the world's largest VC firms, SoftBank/Mobius. Researched the market to evaluate the competition and developed the original product design, including user-interface design and managing focus groups. Developed the company's marketing and offer strategy and identified target markets and subscriber-acquisition programs. Business-development role included negotiating distribution partnerships, including one with Macmillan USA to deliver BizBlast software to bookstores throughout North America, and sought out partnerships to provide more products and services to BizBlast clients, such as the PayPal relationship that provided another transaction method for BizBlast clients.

## Top Floor Publishing
## Founder, President
Denver, CO: 1997 – 2003

A publisher of highly regarded books related to online business and marketing, written by industry experts. The company's first book became the most widely reviewed and praised title in computer-book history, and the third was an Amazon.com best seller. Created the company's marketing strategy and managed all marketing and public relations campaigns. Built a brand—the *Poor Richard's* series—that quickly became very well-known and respected in the computer-book industry. Managed all aspects of the organization, including overall budget responsibility, product development, and co-op advertising. Devised an online-marketing strategy that turned this startup into a widely distributed and well known publisher in the industry, and built the company's e-commerce system.

## Kent & Associates
## Independent Consultant
Dallas, TX & Denver, CO: 1986 – 1996

Services included creating documentation, training users, testing software, designing software user interfaces, carrying out software consumer research and market intelligence, for a wide range of client companies and industries. Clients included Semiotix (software development), The Pipeline (Internet service provider); MasterCard (financial services), Analytical Surveys, Inc. (aerial photography), Comprehensive Software Solutions (stock trading), Amgen (pharmaceuticals), SpectraLink (telecommunications), Clinical Reference Systems, Inc. (medical), Ericsson, NEC, Northern Telecom (telecommunications), and Genioss/Data General (computing/telecommunications). Used online services for general business communications and marketing as early as 1986.

**Core Laboratories Int'l, Inc.**
**Systems Analyst**      Dallas, TX: 1982 – 1986
**Area Supervisor**      Mexico: 1979 – 1982

An oil-field services company. Assisted in the development of the company's new generation of drilling-analysis computer technology. Tested software, designed the user interfaces, and worked closely with the software-development team to create a user-friendly software process flow. Responsible for all customer research and liaison. Planned software product enhancements based on evaluation of users' needs and competing products. Trained users and managed staff installing and maintaining the equipment. Previously worked in Mexico, with advanced computer technology on off-shore oil rigs, gaining experience in technology at a time when most people had little or no contact with computers. Lived and worked in Colombia, Mexico, Venezuela, Ecuador, Australia, North Sea, etc. Used data-acquisition/manipulation computers to provide geological and engineering reports to client oil companies. Core Labs' youngest-ever Unit Supervisor; fastest ever promotion to Logging Supervisor, with responsibility for the company's $2M annual Mexican operation. Managed the budget for this 50-person operation.

# Publishing Experience

Involved in the computer-book publishing business since 1988. Author of several dozen technology and business books—more books about the Internet than any other author—including the best-selling *Complete Idiot's Guide to the Internet, Search Engine Optimization for Dummies,* and *Pay Per Click Search Marketing for Dummies* (Wiley). Author and publisher of the *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*. Founder of Top Floor Publishing. Author of hundreds of newspaper and magazine articles on business and technology, including a long-standing column in the Boulder County Business report and the Northern Colorado Business report.

# Public Speaking

An accomplished public speaker on a wide range of subjects. Speaking engagements have included the subject of Internet marketing for ten years, to organizations such as the National Association of Broadcasters and the Colorado Tourism Conference. Other topics include search engine marketing and advertising, publishing, and general online-business issues. A guest speaker on over 100 radio shows.

# Education

BA Hons., Geography/Geology, University of Sheffield, United Kingdom, 1978

# Published Work
## Books

- *Search Engine Optimization for Dummies* (John Wiley: 5 editions, beginning in 2004)
- *Pay Per Click Search Engine Marketing for Dummies* (John Wiley, 2006)
- *How to Make Money Online with eBay, Yahoo!, and Google* (McGraw-Hill Osborne Media, 2005)
- *The Word 2003 Bible* (John Wiley, 2003)
- *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site* (Top Floor Publishing—most widely reviewed & praised title in computer-book history)
- *The CDnow Story: Rags to Riches on the Internet* (w/Jason and Matthew Olim, the founders of CDnow—Top Floor Publishing)
- *Poor Richard's Internet Marketing and Promotions: How to Promote Yourself, Your Business, Your Ideas Online* (w/Tara Calishain—Top Floor Publishing)
- *The Complete Idiot's Guide to the Internet* (7 editions, published by Que—on the Publisher's Weekly, Barnes & Noble, Software Etc., Baker & Taylor, and Ingrams computer-book best-seller lists; 100,000 copies sold in first 9 months)

- *The Complete Idiot's Guide to the Internet: UK Edition* (Prentice Hall, 3 editions)
- *Careers for Kids who Love Computers* (Facts on File)
- *The Official Netscape JavaScript 1.2 Book* (Netscape Press)
- *The Official Netscape JavaScript Programmer's Reference* (Netscape Press)
- *The Best Sex of Your Life* (w/Dr. Jim White—Barricade)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Netscape Communicator 4* (Que)
- *Using Netscape 3* (Que)
- *Using Netscape 2 for Windows 95* (Que—bestseller)
- *Using Netscape 2 with Your Mac* (Que)
- *Discover Windows NT Workstation 4* (IDG)
- *Discover FrontPage 97* (IDG)
- *Making Money in Technical Writing* (Macmillan/ARCO)
- *Using the Microsoft Network* (Que)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Microsoft Internet Explorer* (Que)
- *PGP Companion for Windows* (Ventana)
- *The 10 Minute Guide to the Internet* (Que)
- *The Complete Idiot's Next Step with the Internet* (Que)
- *The Complete Idiot's Guide to the World Wide Web* (Que)
- *The Complete Idiot's Guide to the Internet with Windows 95* (Que)
- *Using Mosaic* (Que—contributed several chapters and acted as a technical advisor)
- *Peter Norton's Windows NT: Tips & Trick*s (Random)
- *Peter Norton's User's Guide to Windows 3.1* (Bantam/Random)
- Peter Norton's *Outside the IBM PC and PS/2* (Brady—contributed 3 chapters)
- *The Technical Writer's Freelancing Guide* (Sterling Publishing)
- *Mastering Micrografx Designer*, and *Mastering Micrografx Designer 3.1* (SYBEX)
- *Learn Microsoft Money Fast!* (SYBEX)
- *Understanding Windows Draw* (SYBEX)
- *Shareware Treasure Chest: Clip Art Collection* (SYBEX)
- *The Illustrated Enable/OA* (Wordware)

Kent's work has also appeared in the following books:

- *The Ten Minute Guide to Internet Explorer* (Que)
- *Netscape Navigator 3 Starter Kit* (Que)
- *Using Netscape Navigator 3 Special Edition* (Que)
- *Using Windows 95, Special Edition* (Que)
- *Using The Internet, Special Edition* (Que)
- *The HTML Programmer's Reference* (Ventana)
- *Carol Vorderman's Guide to the Internet*  (Prentice Hall, 3 editions)
- *UK Internet Starter Kit* (Prentice Hall, 3 editions)

## Video
- *Analyzing Your Web Site to Improve SEO* (Lynda.com)
- *SEO: Link Building in Depth* (Lynda.com)
- *Selling on the Amazon Marketplace* (Lynda.com)

## Articles
Internet Law & Strategy                             Examiner.com

The Manchester Guardian

Website Magazine

Staples.com

Computerworld

eBusiness Journal

Internet World

Windows User

Windows Magazine

Dr. Dobb's Journal

Boulder County Business report

North Colorado Business report

Men's Journal

The Dallas Times Herald

Software Maintenance News

LaserLink

NetBITS

Writers Write

Colorado Computer Diskovery

Metropolitan Ski Times

Sm@rtPartner

VBAC News

The Parent Newsmagazine

Kids Today

First Coast Parent

Jacksonville Parent

Carolina Parent

All About Kids

My Business

PD News

Computer Book Cafe

Employee Relations Bulletin

Onvia.com

## Public Speaking

- National Association of Broadcasters, Annual Conference (1995)—Internet Basics
- Anaconism (1996)—Panel on the Internet
- Denver Book Show (1996)—Panel on book promotions on the Internet
- Anaconism (1997)—Panel on the Internet
- Comprehensive Software Systems (1997)—Windows Help creation training course (one week)
- Denver Book Show (1997)—Panel on book promotions on the Internet
- Anaconism (1998)—Panel on the Internet
- Internet Chamber of Commerce, Denver (1998)—Panel on Internet Marketing
- Windows on the Rockies Users Group (1998-2000)—3 separate meetings, various Internet subjects
- Rockies Venture Club (1999)—Introduction to BizBlast.com
- Rockies Venture Club (1999)—MIT Panel
- Waterside Computer Book Publishing Conference (1999)—Starting a Publishing Business
- Colorado Independent Publishers Association, Publisher's University (2000)—two speeches, Marketing Books Online, and Creating an Effective Web Site
- Colorado Tourism Conference (2000)—Panelist, Doing Business on the Internet
- Publisher's Marketing Association, Publishing University (2000)—Marketing Books Online
- Publisher's Marketing Association, Denver Publishing Mini-University (2000)—Starting a Publishing Business
- Rockies Venture Club (2000)—Short account of successful fundraising
- Rockies Venture Club (2000)—Introductory speaker, Colorado Capital Conference
- SPAN, Publishing College (2000)—How to Sell on the Internet
- Waterside Computer Book Publishing Conference (2000)—The Economics of Publishing
- Indigio Seminar (2002)—12 Mistakes Executives Make When Planning Web Strategy
- Rocky Mountain Webmaster's Guild (2004)—What You *Must* Know About the Search

Engines

- Davinci Institute, (2005) - Search Engine Optimization
- Boulder Writer's Association (2005) - Online Marketing
- Colorado Business Show (2005) - Online Marketing
- MNetworks eCommerce Bootcamp (2005) - Online marketing, creating e-commerce sites, marketing through multiple channels
- Annie Jennings PR Teleseminar (2005) - Search Engine Marketing
- Denver Software Developers Club (2005)—Search Engine Optimization
- DexMedia (2005) - Search Engine Background, Sales-Team Training
- Annie Jennings PR Teleseminar (2004) - Search Engine Optimization
- Rocky Mountain Webmasters Guild (2004) - Search Engine Optimization
- Association of Professional Consultants (2004) - Search Engine Marketing
- 60 - 80 Radio interviews, including in-studio interviews in the widely syndicated *Into Tomorrow* and *The World Wide Web Radio Show*.
- August 2005: 20 Radio interviews in one day, with a total audience of over 20M people, related to search engine technology. (Audioline Network national syndication, WZEZ Richmond VA, KLKS St. Cloud MN, KYW Philadelphia, WSNY Columbus OH, WOCA Gainsville FL, Business Talk national syndication, USA Radio Network national syndication, WFIN Toldo OH, KCMN Colorado Springs, ABC Radio Network national syndication, Cable Radio Network national syndication, WLW Cincinnati OH, WZON Bangor ME, KTSA San Antonio TX, WSBA Harrisburg PA, WVNU Cincinnati OH, KAHI Sacramento CA, AURN national syndication, Metro syndication Minneapolis MN, KMOX St. Louis MO.)
- Denver Free University (2006): 4 Online Marketing Courses
- London Book Fair (2008): The Future of the Digital Book. 14, 1-hr presentations in 3 days
- O'Reilly Tools for Change Conference (2008): DNAML Presentation
- Digital Book 2008, International Digital Publisher's Forum (2008): DNAML Presentation
- International Conference on E-Government, Tripoli, Libya (2010): Shared keynote speech; hosted ecommerce track; speech at the University of Tripoli

**X.      Exhibit B – List of All Cases in Which, During The Past Four Years, Peter Kent Testified as an Expert at Trial or in Deposition**

| Case Name: | Engaged By | Case No.: | Court: | Year: | Testified In: |
|---|---|---|---|---|---|
| The Universal Church v. The Universal Life Church/ULC Monastery et al | Plaintiff | 1:14-cv-05213 | New York Southern District | 2016 | Deposition |
| Trademark infringement, cybersquatting, local-listing hijacking | | | | | |
| Bradley S. Cohen v. Ross B. Hansen, NW Territorial Mints | Plaintiff | 2:12-cv-01401-JCM-PAL | US Dist. Court, Nevada, Las Vegas | 2016 | Trial |
| Online defamation through anonymous Web sites | | | | | |
| DR Distributors, LLC v. 21 Smoking, Inc. et al | Plaintiff | 3:12 – cv – 50324 | US District Court, N. District of Illinois | 2016 | Deposition |
| Trademark Infringement – role of Meta Tags | | | | | |
| Cronos v. Travelocity, et al | Defendant | C.A. No. 13-1538 (LPS), C.A. No. 13-1541 (LPS), C.A. No. 13-1544 (LPS) | US District Court, District of Delaware | 2016 | Deposition |
| Patent 5,664,110 (Remote Ordering System); report related to the relevance of evidence cited by Plaintiff in support of damages calculations (showing decrease in call volume caused by online customer service tools) | | | | | |
| Inter Partes Reexamination of U.S. Patents: 6,014,698 | Petitioner | IPR2015-00657 | USPTO | 2015 | Deposition |
| Ecommerce/Advertising patent: *System using first banner request that can not be blocked from reaching a server for accurately counting displays of banners on network terminals* | | | | | |
| Select Comfort Corporation v. John Baxter & Dires, LLC d/b/a Touch Beds & Personal Comfort Beds | Defendant | 12-cv-2899-DWF-SER | US District Court for the District of Minnesota | 2015 | Deposition |
| Related to use of Plaintiff's trademarks (Sleep Number) in PPC ads and SEO link-building campaigns | | | | | |
| Pinterest v. Pintrips | Defendant | CV 13-04608-RS-KAW | US District Court, N. District of CA | 2015 | Deposition, Trial |
| Trademark case involving the mark "Pin" | | | | | |
| Katherine Dines v. Toys "R" US Delaware, Inc. | Defendant | 1:12-CV-02279-PAB-KMT | US District Court, Colorado | 2014 | Deposition |
| Trademark case involving the Hunk-Ta-Bunk-Ta trademark & accidental use on the ToysRUs.com ecommerce site | | | | | |
| LBS Innovations, LLC v. BP America, Inc. et al. | Defendant | 2:11-cv-407 | U.S. District Court, E. District of Texas, Marshall Division | 2013 | Deposition |
| Patent 6,091,956 (*Situation Information System*): store locators | | | | | |
| Geotag, Inc. v. Frontier Communications Corp. | Defendant | 2:10-cv-00265 | U.S. District Court, E. District of Texas, Marshall Division | 2013 | Deposition |
| Patent 6,091,956 (*Internet organizer for accessing geographically and topically based information*): store locators | | | | | |
| FTC v. Jeremy Johnson, I Works Inc., et al. | Defendant | 2:10-cv-02203 | US District Court, District of Nevada | 2013 | Deposition |
| Internet fraud related to affiliate marketing and "negative option" sales | | | | | |
| Coaster Co. of America v. Xiamei | Plaintiff | CV12-1892 | US District Court, Central Dist of CA | 2013 | Deposition |
| Trademark, Lanham Act, etc.; Retailer Coaster Co. accused Xiamei of selling "knockoffs" through Amazon.com | | | | | |
| DDR Holdings, LLC v. Hotels.com L.P., et. al | Defendant | 2:06-cv-42-(DF) | U.S. District Court, E. District of Texas, Marshall Division | Oct 2012 | Trial |
| Patent 6,629,135 (*Affiliate Commerce System and Method*): transferring Web site look and feel | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Breeze Corporation v. Newport Landing Sportfishing | Plaintiff | NC055887 | Superior Court, State of CA, Los Angeles County, South Division | Sept 2012 | Deposition, Trial |
| Defendant accused of misleading consumers into believing it provided whale-watching trips in Long Beach, CA | | | | | |

## XI.    Exhibit C – Materials Considered for This Report

The following is a list of documents considered for this report. In addition are conversations and Web sites cited in the body of this report.

All materials cited below are available online at http://x.co/NeutronvB

- 2016-08-11 Bankrate Bing ID Ads.xlsx
- 2016-08-11 Bankrate Google ID Ads.xlsx
- 2016-08-11 Bankrate Google Spend Total by Year.xlsx
- 2016-08-11 Bankrate ID Bing.PNG
- 2016-08-11 Bankrate ID.PNG
- 2016-08-22 GA Lack of ID Pages.PNG
- 2016-08-22 GA Totals.PNG
- 2016-08-22 Keyword Planner Insurance Depot.PNG
- AutoInsuranceQuotesDotCom.mht
- Bankrate discussion (2.78 MB).msg
- DOCID0000074.xlsx
- DOCID0000078.xlsx
- DOCID0000125.xlsx
- DOCID0000134.xlsx
- DOCID0002551.pdf
- DOCID0002556.msg
- DOCID0002644.pdf
- DOCID0003958.msg
- DOCID0003959.xlsx
- Exhibit to Complaint.pdf
- IMG_0850.jpg
- Insurance Depot - Page Source.docx
- Neutron v. Bankrate Second Amended Complaint (00585024-2xBE13C).pdf

- Plaintiff's Neutron Depot, LLC and Depotweb, Inc.s Original Complaint for Trademark Infringement (00470733xBE13C).pdf

- RE  Bankrate discussion.msg

- SKM_C754e16081818580.pdf

- TED_AGH Ltr to Sher.pdf

**XII.**    **Exhibit D - AutoInsuranceQuotesDotCom.mht**

This is an electronic document, a Web-page archive. It is available at
http://x.co/NeutronvB

**XIII.    Exhibit E - 2016-08-11 Bankrate Bing ID Ads.xlsx**

**Report Name: Ad 8/17/2016 Auto Insurance Quotes**

Report Time: 2013,2014
Time Zone: Various
Last Completed Available Day: 8/17/2016 5:15:00 PM (GMT)
Last Completed Available Hour: 8/17/2016 5:15:00 PM (GMT)
Report Aggregation: Year
Report Filter:
Rows: 9224

| Year | Ad title | Ad description | Campaign name |
|------|----------|----------------|---------------|
| 2013 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2013 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2013 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2013 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |
| 2013 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |
| 2013 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |
| 2014 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2014 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2014 | Depot Auto Insurance | 6 Minutes Can Save Y | AIQ - Mobile |
| 2014 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |
| 2014 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |
| 2014 | Depot Auto Insurance | Cheapest Rates from | AIQ - Mobile |

©2016 Microsoft Corporation. All rights reserved.

| Ad group | Impressions | Clicks | CTR (%) |
|---|---|---|---|
| Depot (B) | 597 | 4 | 0.67 |
| Depot (E) | 11 | 0 | 0 |
| Depot (P) | 21 | 0 | 0 |
| Depot (B) | 452 | 7 | 1.55 |
| Depot (E) | 27 | 0 | 0 |
| Depot (P) | 80 | 0 | 0 |
| Depot (B) | 1413 | 26 | 1.84 |
| Depot (E) | 93 | 8 | 8.6 |
| Depot (P) | 157 | 14 | 8.92 |
| Depot (B) | 1612 | 41 | 2.54 |
| Depot (E) | 162 | 11 | 6.79 |
| Depot (P) | 207 | 6 | 2.9 |

| Spend | Average CPC | Conversions | Conversion rate (%) |
|---|---|---|---|
| 5.54 | 1.39 | 0 | 0 |
| 0 | 0 | 0 | |
| 0 | 0 | 0 | |
| 13.64 | 1.95 | 0 | 0 |
| 0 | 0 | 0 | |
| 0 | 0 | 0 | |
| 46.28 | 1.78 | 1 | 3.85 |
| 11.89 | 1.49 | 0 | 0 |
| 20.81 | 1.49 | 1 | 7.14 |
| 59.17 | 1.44 | 2 | 4.88 |
| 16.27 | 1.48 | 1 | 9.09 |
| 7.46 | 1.24 | 0 | 0 |

| CPA | Avg. position |
|---|---|
| | 1.95 |
| | 2.27 |
| | 1.71 |
| | 2.03 |
| | 2.96 |
| | 1.69 |
| 46.28 | 1.79 |
| | 1.96 |
| 20.81 | 1.59 |
| 29.59 | 2.07 |
| 16.27 | 2.07 |
| | 1.5 |

**XIV.    Exhibit F - 2016-08-11 Bankrate Google ID Ads.xlsx**

Ad report (Jul 1, 2000-Dec 31, 2014)

| Year | Ad state | Ad |
|---|---|---|
| Total - Search | -- | -- |
| **Total - filtered** | **--** | **--** |
| Total - Display | -- | -- |
| Total | -- | -- |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |

| 2014 | removed | Depot Auto Insurance |
|------|---------|----------------------|
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2014 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2013 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |

| | | |
|---|---|---|
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2012 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2011 | removed | Depot Auto Insurance |
| 2009 | removed | {Keyword:Local Car Insuranc |
| 2009 | removed | {KeyWord:Auto Insurance Q |
| 2009 | removed | {Keyword:Local Car Insuranc |
| 2009 | removed | {KeyWord:Auto Insurance Q |
| 2009 | removed | {KeyWord:Local Car Insuranc |
| 2009 | removed | {Keyword:Local Car Insuranc |
| 2009 | removed | {KeyWord:Auto Insurance Q |
| 2009 | removed | {KeyWord:Auto Insurance Q |
| 2009 | removed | {KeyWord:Auto Insurance Q |
| 2009 | removed | {Keyword:Local Car Insuranc |
| 2009 | removed | {KeyWord:Local Car Insuranc |
| 2009 | removed | {Keyword:Local Car Insuranc |
| 2009 | removed | Auto Insurance Quotes |
| 2009 | removed | Auto Insurance Quotes |
| 2009 | removed | Auto Insurance Quotes |

2009  removed     Auto Insurance Quotes
2009  removed     Auto Insurance Quotes

| Description line 1 | Description line 2 |
|---|---|
| -- | -- |
| -- | -- |
| -- | -- |
| -- | -- |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Get Auto Quotes From your Phone! | 6 Minutes Can Save You $540. |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |

| | |
|---|---|
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Call Us Today! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |

| | |
|---|---|
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Cheapest Rates from $15/Month for | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| 6 Minutes Can Save You $540 on | Auto Insurance - Get Free Quotes! |
| Compare Auto Insurance Quotes In | Mapleton Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Mapleton Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Mansfield Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Mansfield Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Mapleton Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Genesee Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Genesee Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Ellenburg Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Scott Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Ellenburg Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Scott Depot And Save Up To $500 |
| Compare Auto Insurance Quotes In | Scott Depot And Save Up To $500 |
| Find The Best Auto Insurance in | Washington Depot And Save Money! |
| Find The Best Auto Insurance in | Genesee Depot And Save Money! |
| Find The Best Auto Insurance in | Scott Depot And Save Money! |

Find The Best Auto Insurance in          Mapleton Depot And Save Money!
Find The Best Auto Insurance in          Ellenburg Depot And Save Money!

| Display URL | Destination URL | Campaign | Ad group |
|---|---|---|---|
| -- | -- | -- | -- |
| -- | -- | -- | -- |
| -- | -- | -- | -- |
| -- | -- | -- | -- |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (P) |
| Depot.AutoInsuranceQuotes.com | | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (P) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| AutoInsuranceQuotes.com | | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (P) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| www.autoinsurancequotes.com | | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi | Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (P) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| www.autoinsurancequotes.com | | AIQ - Branc | Depot (P) |
| Depot.AutoInsuranceQuotes.com | | AIQ - GEO - Brand - Dep | |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Mobi | Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (P) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc | Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - GEO - Brand - Dep | |
| AutoInsuranceQuotes.com | | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - GEO - Brand - Dep | |
| Depot.AutoInsuranceQuotes.com | | AIQ - Mobi | Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi | Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc | Depot (E) |

| | | |
|---|---|---|
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (E) |
| AutoInsuranceQuotes.com | | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (E) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - GEO - Brand - Dep |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |

| | | |
|---|---|---|
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (E) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com?sid=SEM | AIQ - Branc Depot (E) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (E) |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Mobi Depot |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| www.autoinsurancequotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (E) |
| www.autoinsurancequotes.com | | AIQ - Branc Depot (P) |
| AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (B) |
| Depot.AutoInsuranceQuotes.com | http://www.autoinsurancequotes.com | AIQ - Branc Depot (P) |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mapleton L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mapleton L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mansfield L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mansfield L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mapleton L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Genesee D |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Genesee D |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Ellenburg L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Scott Depo |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Ellenburg L |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Scott Depo |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Scott Depo |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Washington |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Genesee D |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Scott Depo |

| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Mapleton D |
| AutoInsuranceQuotes.com | http://www.AutoInsuranceQuotes.com | AIQ - Cities Ellenburg D |

| Status | Impression | Clicks | CTR | Cost | Avg. CPC | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|
| -- | 2.04E+08 | 4399001 | 2.16% | 14,298,277.56 | 3.25 | 876,044.00 | 20.03% |
| **--** | **67692** | **446** | **0.66%** | **1,264.57** | **2.84** | **73** | **16.48%** |
| -- | 13402450 | 27047 | 0.20% | 52,480.49 | 1.94 | 2,627.00 | 9.71% |
| -- | 2.17E+08 | 4426048 | 2.04% | 14,350,758.05 | 3.24 | 878,671.00 | 19.96% |
| removed | 179 | 1 | 0.56% | 3.25 | 3.25 | 0 | 0.00% |
| campaign p | 46 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 49 | 2 | 4.08% | 2.03 | 1.01 | 0 | 0.00% |
| removed | 158 | 5 | 3.16% | 16.26 | 3.25 | 1 | 20.00% |
| campaign p | 19 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 159 | 4 | 2.52% | 13.25 | 3.31 | 1 | 25.00% |
| campaign p | 372 | 2 | 0.54% | 6.24 | 3.12 | 0 | 0.00% |
| campaign p | 120 | 2 | 1.67% | 6.27 | 3.14 | 0 | 0.00% |
| ad group pa | 14 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 14 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 15 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 138 | 8 | 5.80% | 28.03 | 3.5 | 2 | 25.00% |
| removed | 227 | 3 | 1.32% | 9.96 | 3.32 | 1 | 33.33% |
| removed | 2847 | 57 | 2.00% | 207.29 | 3.64 | 8 | 14.04% |
| campaign p | 475 | 6 | 1.26% | 17.68 | 2.95 | 2 | 33.33% |
| campaign p | 10 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 282 | 6 | 2.13% | 11.26 | 1.88 | 1 | 16.67% |
| campaign p | 39 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 126 | 1 | 0.79% | 2.42 | 2.42 | 0 | 0.00% |
| removed | 176 | 10 | 5.68% | 27.86 | 2.79 | 3 | 30.00% |
| campaign p | 129 | 3 | 2.33% | 7.75 | 2.58 | 0 | 0.00% |
| removed | 119 | 2 | 1.68% | 4.64 | 2.32 | 0 | 0.00% |
| campaign p | 14 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 91 | 2 | 2.20% | 5.19 | 2.6 | 0 | 0.00% |
| ad group pa | 8 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 504 | 5 | 0.99% | 12.56 | 2.51 | 1 | 20.00% |
| campaign p | 106 | 1 | 0.94% | 2.73 | 2.73 | 1 | 100.00% |
| removed | 143 | 12 | 8.39% | 38.2 | 3.18 | 2 | 16.67% |
| campaign p | 39 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 2 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 3 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 235 | 10 | 4.26% | 23.74 | 2.37 | 1 | 11.11% |
| removed | 281 | 4 | 1.42% | 17.49 | 4.37 | 1 | 25.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 10 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 133 | 1 | 0.75% | 4.04 | 4.04 | 0 | 0.00% |
| campaign p | 8 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 4 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group pa | 274 | 2 | 0.73% | 5.12 | 2.56 | 1 | 50.00% |
| ad group pa | 85 | 2 | 2.35% | 1.82 | 0.91 | 0 | 0.00% |
| removed | 3002 | 93 | 3.10% | 315.67 | 3.39 | 17 | 18.28% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| campaign p | 3 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 2560 | 42 | 1.64% | 146.01 | 3.48 | 5 | 12.50% |
| campaign p | 90 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 90 | 2 | 2.22% | 1.76 | 0.88 | 0 | 0.00% |
| removed | 322 | 12 | 3.73% | 32.28 | 2.69 | 5 | 41.67% |
| removed | 186 | 3 | 1.61% | 7.69 | 2.56 | 1 | 33.33% |
| removed | 102 | 2 | 1.96% | 4.22 | 2.11 | 1 | 50.00% |
| removed | 100 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 11 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 11 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 177 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 21 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 200 | 2 | 1.00% | 5.51 | 2.76 | 0 | 0.00% |
| ad group p | 124 | 1 | 0.81% | 0.72 | 0.72 | 0 | 0.00% |
| campaign p | 24 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 143 | 1 | 0.70% | 2.78 | 2.78 | 0 | 0.00% |
| ad group p | 204 | 1 | 0.49% | 1.65 | 1.65 | 0 | 0.00% |
| removed | 404 | 10 | 2.48% | 23.24 | 2.32 | 1 | 10.00% |
| campaign p | 100 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 13 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 14 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 358 | 8 | 2.23% | 17.99 | 2.25 | 0 | 0.00% |
| ad group p | 200 | 1 | 0.50% | 1.2 | 1.2 | 0 | 0.00% |
| campaign p | 12 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 272 | 5 | 1.84% | 6.32 | 1.26 | 0 | 0.00% |
| campaign p | 89 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 92 | 3 | 3.26% | 5.11 | 1.7 | 0 | 0.00% |
| campaign p | 12 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 1537 | 5 | 0.33% | 17.88 | 3.58 | 0 | 0.00% |
| campaign p | 248 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 19 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 3615 | 2 | 0.06% | 3.16 | 1.58 | 0 | 0.00% |
| removed | 949 | 3 | 0.32% | 5.2 | 1.73 | 0 | 0.00% |
| campaign p | 92 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 1518 | 4 | 0.26% | 10.3 | 2.58 | 1 | 25.00% |
| ad group p | 82 | 1 | 1.22% | 1.96 | 1.96 | 0 | 0.00% |
| ad group p | 4293 | 3 | 0.07% | 3.61 | 1.2 | 0 | 0.00% |
| campaign p | 44 | 1 | 2.27% | 2.04 | 2.04 | 1 | 100.00% |
| removed | 137 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 331 | 2 | 0.60% | 4.92 | 2.46 | 0 | 0.00% |
| campaign p | 101 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 3105 | 16 | 0.52% | 24.48 | 1.53 | 4 | 25.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p | 18 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 345 | 1 | 0.29% | 1.66 | 1.66 | 0 | 0.00% |
| ad group p | 178 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| ad group p: | 2143 | 5 | 0.23% | 8.38 | 1.68 | 0 | 0.00% |
| removed | 3879 | 3 | 0.08% | 5.64 | 1.88 | 0 | 0.00% |
| removed | 157 | 1 | 0.64% | 1.88 | 1.88 | 0 | 0.00% |
| campaign p | 2 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p: | 146 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 50 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p: | 5 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 305 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 456 | 4 | 0.88% | 7.59 | 1.9 | 0 | 0.00% |
| campaign p | 293 | 3 | 1.02% | 5.89 | 1.96 | 2 | 66.67% |
| removed | 481 | 1 | 0.21% | 2.05 | 2.05 | 0 | 0.00% |
| ad group p: | 31 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 132 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 9851 | 14 | 0.14% | 27.83 | 1.99 | 3 | 21.43% |
| removed | 9553 | 12 | 0.13% | 25.73 | 2.14 | 4 | 33.33% |
| campaign p | 148 | 1 | 0.68% | 1.54 | 1.54 | 0 | 0.00% |
| ad group p: | 326 | 1 | 0.31% | 2.27 | 2.27 | 0 | 0.00% |
| ad group p: | 1021 | 4 | 0.39% | 5.42 | 1.36 | 0 | 0.00% |
| ad group p: | 323 | 1 | 0.31% | 4.35 | 4.35 | 0 | 0.00% |
| removed | 327 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 202 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| removed | 160 | 1 | 0.62% | 1.93 | 1.93 | 0 | 0.00% |
| campaign p | 193 | 1 | 0.52% | 2.15 | 2.15 | 1 | 100.00% |
| campaign p | 111 | 1 | 0.90% | 1.64 | 1.64 | 0 | 0.00% |
| campaign p | 187 | 1 | 0.53% | 1.95 | 1.95 | 1 | 100.00% |
| campaign p | 127 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| ad group p: | 1328 | 6 | 0.45% | 9.77 | 1.63 | 0 | 0.00% |
| removed | 572 | 4 | 0.70% | 7.51 | 1.88 | 0 | 0.00% |
| ad group p: | 1739 | 7 | 0.40% | 18.63 | 2.66 | 0 | 0.00% |
| ad group p: | 55 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 2 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 5 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 3 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 2 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 4 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 8 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 23 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 4 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 1 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 19 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 19 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 15 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 38 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |

| campaign p | 8 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| campaign p | 30 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |

| Cost / conv | Avg. position |
|---|---|
| 16.27 | 4.3 |
| **17.18** | **6.7** |
| 19.98 | 1.5 |
| 16.28 | 4.1 |
| 0 | 3.6 |
| 0 | 7.2 |
| 0 | 5.8 |
| 16.26 | 3.1 |
| 0 | 3.3 |
| 13.25 | 2.8 |
| 0 | 4.7 |
| 0 | 3.9 |
| 0 | 4.9 |
| 0 | 5.2 |
| 0 | 2.7 |
| 14.01 | 2.4 |
| 9.96 | 4.3 |
| 25.91 | 5.8 |
| 8.84 | 4 |
| 0 | 5.3 |
| 11.26 | 5 |
| 0 | 6.5 |
| 0 | 3.7 |
| 9.29 | 3 |
| 0 | 3.9 |
| 0 | 2.9 |
| 0 | 3.4 |
| 0 | 4.3 |
| 0 | 8.1 |
| 12.56 | 4.1 |
| 2.73 | 3.7 |
| 19.1 | 2.2 |
| 0 | 7.2 |
| 0 | 2 |
| 0 | 5.7 |
| 22.67 | 1.8 |
| 17.49 | 3.8 |
| 0 | 2 |
| 0 | 5 |
| 0 | 4.2 |
| 0 | 5.4 |
| 0 | 7.8 |
| 5.12 | 4.8 |
| 0 | 5.7 |
| 18.57 | 5.8 |

| | |
|---|---|
| 0 | 3.3 |
| 27.28 | 6.1 |
| 0 | 4.4 |
| 0 | 6.1 |
| 6.46 | 3.4 |
| 7.69 | 3.6 |
| 4.22 | 4.7 |
| 0 | 5 |
| 0 | 5.8 |
| 0 | 6.2 |
| 0 | 7.7 |
| 0 | 4.6 |
| 0 | 8 |
| 0 | 7.1 |
| 0 | 7.4 |
| 0 | 3.5 |
| 0 | 6 |
| 0 | 4.2 |
| 23.24 | 6.7 |
| 0 | 5.9 |
| 0 | 7 |
| 0 | 5.6 |
| 0 | 7.1 |
| 0 | 8 |
| 0 | 3.4 |
| 0 | 4.3 |
| 0 | 5.2 |
| 0 | 5 |
| 0 | 5.8 |
| 0 | 8.5 |
| 0 | 7.8 |
| 0 | 6.5 |
| 0 | 8.9 |
| 0 | 8.4 |
| 0 | 6.8 |
| 10.3 | 8.9 |
| 0 | 3.9 |
| 0 | 4 |
| 2.04 | 9.3 |
| 0 | 6.7 |
| 0 | 7.7 |
| 0 | 6.8 |
| 6.12 | 3.9 |
| 0 | 2 |
| 0 | 7.6 |
| 0 | 8 |
| 0 | 7.9 |

| | |
|---|---|
| 0 | 8.5 |
| 0 | 8.8 |
| 0 | 7.2 |
| 0 | 5.5 |
| 0 | 7.9 |
| 0 | 8.4 |
| 0 | 7 |
| 0 | 7.6 |
| 0 | 7.9 |
| 0 | 6.8 |
| 2.94 | 7.3 |
| 0 | 8.6 |
| 0 | 7.2 |
| 0 | 8 |
| 0 | 7.8 |
| 9.28 | 7.6 |
| 6.43 | 7.7 |
| 0 | 5.6 |
| 0 | 6.6 |
| 0 | 3.3 |
| 0 | 6.3 |
| 0 | 7.7 |
| 0 | 6.9 |
| 0 | 7.4 |
| 2.15 | 5.7 |
| 0 | 6 |
| 1.95 | 5.5 |
| 0 | 7.8 |
| 0 | 7.5 |
| 0 | 6.3 |
| 0 | 7.5 |
| 0 | 5.5 |
| 0 | 2 |
| 0 | 2 |
| 0 | 1.7 |
| 0 | 3 |
| 0 | 3 |
| 0 | 2 |
| 0 | 2.3 |
| 0 | 2.1 |
| 0 | 2 |
| 0 | 2.8 |
| 0 | 2 |
| 0 | 2.1 |
| 0 | 3.3 |
| 0 | 1.5 |
| 0 | 1.7 |

```
0        1.5
0        1.6
```

**XV.    Exhibit G - 2016-08-11 Bankrate Google Spend Total by Year.xlsx**

Name       Manager account report
Type       Account performance report
Frequency  One time
Date range Custom date range
Dates      Jul 1, 2000-Dec 31, 2014

| Year | Client name | Customer ID | Company name | Labels | Clicks |
|---|---|---|---|---|---|
| **Total** | -- | -- | -- | -- | **73667922** |
| 2014 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 645306 |
| 2014 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 1015276 |
| 2014 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 42758 |
| 2014 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 16814 |
| 2014 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2014 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 118789 |
| 2014 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 11029 |
| 2014 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 106846 |
| 2014 | | 883-176-0089 | Bankrate, Inc. | -- | 967658 |
| 2014 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 40397 |
| 2014 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2014 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 12021 |
| 2014 | LeadKarma MCC | 144-212-2524 | | Auto | 2118946 |
| 2013 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 957585 |
| 2013 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 43617 |
| 2013 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 113425 |
| 2013 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 962208 |
| 2013 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 52741 |
| 2013 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 9837 |
| 2013 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 55455 |
| 2013 | LeadKarma MCC | 144-212-2524 | | Auto | 3533025 |
| 2013 | | 883-176-0089 | Bankrate, Inc. | -- | 1308414 |
| 2013 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2013 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2013 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 191039 |
| 2013 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 158031 |
| 2012 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 1843943 |
| 2012 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 241683 |
| 2012 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 159398 |
| 2012 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 69217 |
| 2012 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 1054804 |
| 2012 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 14002 |
| 2012 | | 883-176-0089 | Bankrate, Inc. | -- | 1496292 |
| 2012 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 19311 |
| 2012 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 33450 |
| 2012 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 165252 |
| 2012 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 161565 |
| 2012 | LeadKarma MCC | 144-212-2524 | | Auto | 3181511 |
| 2012 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2011 | | 883-176-0089 | Bankrate, Inc. | -- | 1343348 |

| Year | Name | Phone | Company | Type | Value |
|---|---|---|---|---|---|
| 2011 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 47788 |
| 2011 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 14094 |
| 2011 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 35255 |
| 2011 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2011 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 623426 |
| 2011 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 2475 |
| 2011 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 1249952 |
| 2011 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 33021 |
| 2011 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 59455 |
| 2011 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 137428 |
| 2011 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 597186 |
| 2011 | LeadKarma MCC | 144-212-2524 | | Auto | 3651547 |
| 2010 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 29094 |
| 2010 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2010 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 4957 |
| 2010 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 18223 |
| 2010 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 40307 |
| 2010 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 88963 |
| 2010 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 1188375 |
| 2010 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 933575 |
| 2010 | LeadKarma MCC | 144-212-2524 | | Auto | 3318548 |
| 2010 | | 883-176-0089 | Bankrate, Inc. | -- | 2900870 |
| 2010 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2010 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2010 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 7208 |
| 2009 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 7435 |
| 2009 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 1809242 |
| 2009 | | 883-176-0089 | Bankrate, Inc. | -- | 3877897 |
| 2009 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2009 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2009 | LeadKarma MCC | 144-212-2524 | | Auto | 1431196 |
| 2009 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 80251 |
| 2009 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2009 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 7281 |
| 2009 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 896573 |
| 2009 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 24701 |
| 2009 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 1373 |
| 2009 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 30843 |
| 2008 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2008 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 3438 |
| 2008 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 2130308 |
| 2008 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 57777 |
| 2008 | | 883-176-0089 | Bankrate, Inc. | -- | 4324995 |
| 2008 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 4703 |
| 2008 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2008 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 32432 |
| 2008 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |

| | | | | |
|---|---|---|---|---|
| 2008 Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 6677 |
| 2008 LeadKarma MCC | 144-212-2524 | | Auto | 893091 |
| 2008 InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2008 NetQuote MCC | 858-288-5747 | Bankrate | -- | 557025 |
| 2007 InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2007 | 883-176-0089 | Bankrate, Inc. | -- | 5788436 |
| 2007 NetQuote MCC | 858-288-5747 | Bankrate | -- | 986386 |
| 2007 AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2007 mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 1853355 |
| 2007 Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2007 AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 15460 |
| 2007 LeadKarma MCC | 144-212-2524 | | Auto | 1049692 |
| 2007 Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 2607 |
| 2007 InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2007 AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2007 Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2007 Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 97826 |
| 2006 AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 18951 |
| 2006 NetQuote MCC | 858-288-5747 | Bankrate | -- | 1242169 |
| 2006 Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2006 Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2006 Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 156365 |
| 2006 | 883-176-0089 | Bankrate, Inc. | -- | 4504502 |
| 2006 AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2006 mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 434203 |
| 2006 InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2006 AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2006 InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2006 Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2006 LeadKarma MCC | 144-212-2524 | | Auto | 17676 |
| 2005 AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2005 InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2005 LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2005 InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2005 Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2005 Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2005 NetQuote MCC | 858-288-5747 | Bankrate | -- | 968646 |
| 2005 AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 7355 |
| 2005 Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 297129 |
| 2005 | 883-176-0089 | Bankrate, Inc. | -- | 1443477 |
| 2005 Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2005 AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2005 mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2004 AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2004 | 883-176-0089 | Bankrate, Inc. | -- | 0 |
| 2004 AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2004 InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |

| Year | Name | Phone | Company | Type | Value |
|------|------|-------|---------|------|-------|
| 2004 | LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2004 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 669169 |
| 2004 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 392922 |
| 2004 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 8183 |
| 2004 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2004 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2004 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2004 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2004 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2003 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2003 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2003 | LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2003 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2003 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2003 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 0 |
| 2003 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2003 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 9112 |
| 2003 | | 883-176-0089 | Bankrate, Inc. | | 0 |
| 2003 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2003 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 277401 |
| 2003 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2003 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2002 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2002 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 2922 |
| 2002 | | 883-176-0089 | Bankrate, Inc. | -- | 0 |
| 2002 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2002 | LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2002 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2002 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 0 |
| 2002 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2002 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2002 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2002 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 0 |
| 2002 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2002 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2001 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |
| 2001 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2001 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2001 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2001 | LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2001 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 0 |
| 2001 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2001 | | 883-176-0089 | Bankrate, Inc. | -- | 0 |
| 2001 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2001 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 0 |
| 2001 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2001 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 2001 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2000 | AGENT NQ | 752-762-4909 | LeadKarma LLC | Agent | 0 |
| 2000 | Insureme.com | 826-755-2330 | LeadKarma LLC | Agent | 0 |
| 2000 | AutoInsuranceQuotes II | 385-109-9476 | LeadKarma LLC | -- | 0 |
| 2000 | mcc@agileclicks.com (MCC) | 714-619-8023 | LeadKarma | -- | 0 |
| 2000 | LeadKarma MCC | 144-212-2524 | | Auto | 0 |
| 2000 | Agent iQ | 938-066-8957 | LeadKarma LLC | Agent | 0 |
| 2000 | | 883-176-0089 | Bankrate, Inc. | -- | 0 |
| 2000 | InsuranceQuotes | 912-288-7123 | LeadKarma LLC | ACTIVE; Business | 0 |
| 2000 | NetQuote MCC | 858-288-5747 | Bankrate | -- | 0 |
| 2000 | Agent Insider | 150-444-7886 | LeadKarma LLC | Agent | 0 |
| 2000 | Netquote - InsureMe | 197-409-7939 | LeadKarma LLC | Agent | 0 |
| 2000 | AutoInsuranceQuotes | 969-343-3976 | LeadKarma LLC | ACTIVE; Auto | 0 |
| 2000 | InsureMe.com Content | 308-570-7329 | LeadKarma LLC | -- | 0 |

| Impressions | CTR | Conversions | Conv. rate | Cost | Currency |
|---|---|---|---|---|---|
| **11735579175** | **0.63%** | **7,573,460.00** | **17.06%** | **$ 161,380,682.82** | **USD** |
| 85811688 | 0.75% | 176,596.00 | 27.37% | 3,999,406.82 | USD |
| 44652557 | 2.27% | 191,392.00 | 18.90% | 4,479,376.29 | USD |
| 8610092 | 0.50% | 3,222.00 | 7.54% | 309,773.93 | USD |
| 1530613 | 1.10% | 3,727.00 | 22.17% | 168,216.41 | USD |
| 128 | 0.00% | 0 | 0.00% | 0 | USD |
| 43681427 | 0.27% | 18,174.00 | 15.30% | 395,018.57 | USD |
| 2105016 | 0.52% | 1,178.00 | 10.68% | 109,036.25 | USD |
| 10519421 | 1.02% | 37,057.00 | 34.68% | 480,423.21 | USD |
| 34553711 | 2.80% | 141,495.00 | 14.63% | 1,712,912.83 | USD |
| 59600899 | 0.07% | 3,641.00 | 9.01% | 72,818.96 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | USD |
| 22814078 | 0.05% | 1,881.00 | 15.65% | 16,934.07 | USD |
| 106504972 | 1.99% | 923,732.00 | 43.66% | 23,635,946.74 | USD |
| 138321554 | 0.69% | 189,386.00 | 19.78% | 3,706,967.55 | USD |
| 126335531 | 0.03% | 5,260.00 | 12.06% | 297,050.47 | USD |
| 38924820 | 0.29% | 3,528.00 | 3.14% | 482,177.74 | USD |
| 55111086 | 1.75% | 180,173.00 | 18.73% | 3,068,963.42 | USD |
| 74370851 | 0.07% | 4,258.00 | 8.07% | 61,895.67 | USD |
| 2161481 | 0.46% | 822 | 8.36% | 79,162.65 | USD |
| 86241856 | 0.06% | 6,176.00 | 11.14% | 80,080.92 | USD |
| 275811948 | 1.28% | 1,037,080.00 | 29.35% | 16,734,682.17 | USD |
| 97591438 | 1.34% | 169,788.00 | 13.10% | 2,008,866.66 | USD |
| 4 | 0.00% | 0 | 0.00% | 0 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 56226729 | 0.34% | 28,579.00 | 14.96% | 592,934.27 | USD |
| 15800247 | 1.00% | 60,948.00 | 38.57% | 618,028.51 | USD |
| 84510988 | 2.18% | 387,724.00 | 21.27% | 5,364,412.40 | USD |
| 227012986 | 0.11% | 3,623.00 | 1.51% | 616,851.53 | USD |
| 48460185 | 0.33% | 24,443.00 | 15.33% | 529,289.50 | USD |
| 209589772 | 0.03% | 7,827.00 | 11.31% | 491,212.82 | USD |
| 196023383 | 0.54% | 206,612.00 | 19.59% | 4,020,831.10 | USD |
| 4965902 | 0.28% | 1,598.00 | 11.41% | 136,801.45 | USD |
| 206850572 | 0.72% | 188,151.00 | 12.68% | 2,296,205.61 | USD |
| 19780593 | 0.10% | 1,143.00 | 5.92% | 20,028.25 | USD |
| 32712310 | 0.10% | 5,944.00 | 17.77% | 63,271.10 | USD |
| 14786570 | 1.12% | 65,340.00 | 39.54% | 544,819.15 | USD |
| 12612867 | 1.28% | 166 | 2.04% | 68,697.78 | USD |
| 391946073 | 0.81% | 651,599.00 | 20.66% | 9,025,787.55 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 134198005 | 1.00% | 111,163.00 | 8.31% | 1,400,438.72 | USD |

| | | | | | |
|---|---|---|---|---|---|
| 138269551 | 0.03% | 4,115.00 | 8.61% | 349,890.05 | USD |
| 25651875 | 0.05% | 0 | 0.00% | 96,805.85 | USD |
| 15960372 | 0.22% | 6,804.00 | 19.30% | 118,982.88 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 58700157 | 1.06% | 3,211.00 | 12.58% | 393,706.76 | USD |
| 4678019 | 0.05% | 490 | 19.80% | 5,588.55 | USD |
| 177608079 | 0.70% | 317,047.00 | 25.37% | 4,395,381.29 | USD |
| 35231556 | 0.09% | 4,997.00 | 15.13% | 62,747.71 | USD |
| 102725342 | 0.06% | 3,045.00 | 5.17% | 298,417.70 | USD |
| 15304728 | 0.90% | 46,932.00 | 34.15% | 433,786.12 | USD |
| 27818471 | 2.15% | 118,769.00 | 19.89% | 1,398,052.92 | USD |
| 466695274 | 0.78% | 349,714.00 | 16.19% | 5,035,217.80 | USD |
| 21023145 | 0.14% | 1,457.00 | 12.85% | 40,203.33 | USD |
| 45 | 0.00% | 0 | 0.00% | 0 | USD |
| 4158699 | 0.12% | 696 | 14.04% | 38,208.37 | USD |
| 7403947 | 0.25% | 2,419.00 | 31.03% | 69,254.57 | USD |
| 51543358 | 0.08% | 3,422.00 | 8.51% | 238,615.16 | USD |
| 15449628 | 0.58% | 12,785.00 | 14.37% | 331,520.35 | USD |
| 203956644 | 0.58% | 340,176.00 | 28.64% | 5,197,138.77 | USD |
| 95002813 | 0.98% | 0 | 0.00% | 708,737.12 | USD |
| 535392574 | 0.62% | 0 | 0.00% | 4,486,906.67 | USD |
| 372576070 | 0.78% | 255,231.00 | 9.10% | 3,474,763.85 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 637776 | 1.13% | 0 | 0.00% | 52,881.53 | USD |
| 5307405 | 0.14% | 613 | 8.25% | 39,953.02 | USD |
| 480682012 | 0.38% | 0 | 0.00% | 1,401,154.79 | USD |
| 660596473 | 0.59% | 284,624.00 | 7.68% | 3,741,218.07 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 637297493 | 0.22% | 0 | 0.00% | 1,351,518.37 | USD |
| 142242992 | 0.06% | 7,614.00 | 9.49% | 280,468.48 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 759413 | 0.96% | 0 | 0.00% | 71,805.98 | USD |
| 177688361 | 0.50% | 292,765.00 | 32.66% | 4,757,177.44 | USD |
| 25127569 | 0.10% | 0 | 0.00% | 26,858.47 | USD |
| 150730 | 0.91% | 0 | 0.00% | 6,931.67 | USD |
| 53425993 | 0.06% | 3,634.00 | 11.78% | 277,307.38 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 5088250 | 0.07% | 0 | 0.00% | 4,170.77 | USD |
| 285595534 | 0.75% | 0 | 0.00% | 1,341,261.12 | USD |
| 15280837 | 0.38% | 12,122.00 | 20.98% | 234,134.81 | USD |
| 937330211 | 0.46% | 240,442.00 | 6.84% | 3,602,225.25 | USD |
| 430408 | 1.09% | 0 | 0.00% | 23,966.59 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 23200158 | 0.14% | 2,833.00 | 8.74% | 418,726.94 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |

| | | | | | |
|---|---|---|---|---|---|
| 9364714 | 0.07% | 0 | 0.00% | 40,214.41 | USD |
| 248754190 | 0.36% | 0 | 0.00% | 312,179.53 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 59436737 | 0.94% | 154,315.00 | 28.95% | 2,868,028.64 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 1296274190 | 0.45% | 6,676.00 | 2.21% | 3,446,400.68 | USD |
| 242571822 | 0.41% | 140,327.00 | 16.46% | 3,854,544.37 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 122951212 | 1.51% | 0 | 0.00% | 1,172,142.19 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 970084 | 1.59% | 1,073.00 | 6.94% | 281,361.40 | USD |
| 222303835 | 0.47% | 0 | 0.00% | 439,489.82 | USD |
| 356550 | 0.73% | 0 | 0.00% | 16,051.81 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 32914012 | 0.30% | 16,629.00 | 17.00% | 250,433.71 | USD |
| 1027302 | 1.84% | 0 | 0.00% | 266,926.28 | USD |
| 283510854 | 0.44% | 15 | 0.00% | 5,509,921.61 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 27635477 | 0.57% | 29,559.00 | 19.00% | 368,960.10 | USD |
| 128887533 | 3.49% | 0 | 0.00% | 1,795,633.00 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 34846101 | 1.25% | 0 | 0.00% | 162,212.90 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 1633268 | 1.08% | 0 | 0.00% | 5,024.57 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 86783016 | 1.12% | 4 | 0.00% | 4,059,963.12 | USD |
| 244080 | 3.01% | 0 | 0.00% | 63,160.36 | USD |
| 24797449 | 1.20% | 57,180.00 | 19.26% | 516,425.94 | USD |
| 37018124 | 3.90% | 0 | 0.00% | 506,064.79 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 28030351 | 2.39% | 0 | 0.00% | 1,656,857.90 | USD |
| 35096460 | 1.12% | 8,299.00 | 2.11% | 665,269.89 | USD |
| 474189 | 1.73% | 0 | 0.00% | 75,041.16 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 835126 | 1.09% | 0 | 0.00% | 9,977.65 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 12020269 | 2.31% | 0 | 0.00% | 531,390.46 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 117915 | 2.48% | 0 | 0.00% | 11,998.96 | USD |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |
| 0 | 0.00% | 0 | 0.00% | 0 | |

| | | | | |
|---|---|---|---|---|
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |
| 0 | 0.00% | 0 | 0.00% | 0 |

## XVI.     Exhibit H - 2016-08-22 GA Lack of ID Pages.PNG



## XVII.    Exhibit I - 2016-08-22 GA Totals.PNG



**XVIII.   Exhibit J - DOCID0002644.pdf**

# TROUVÉ MEDIA ADVERTISING AGREEMENT

This Advertising Agreement (the "*Agreement*") is entered into by Trouve Media, Inc., a California corporation with offices at 433 Airport Blvd., Suite 550, Burlingame, CA 94010 ("Trouve") and Publisher. The purpose of this Agreement is to set forth the terms and conditions upon which Publisher will perform certain advertising services for Trouve pursuant to Insertion Orders.

## 1. SERVICE.

1.1 Campaign Term. Subject to the terms of this Agreement, Publisher shall place and/or distribute Advertisements, as applicable, beginning on the Campaign start date and ending on the end date specified in the applicable Insertion Order ("Campaign Term") in accordance with the specifications set forth therein. Unless terminated as provided in this Agreement any Advertisements will remain placed and/or continue to be distributed for the applicable Campaign Term. Unless expressly prohibited in the applicable Insertion Order, Trouve may terminate an Insertion Order, or one or more Campaigns within an Insertion Order, upon ten (10) days written notice to Publisher.

1.2 Provision of Advertisement Materials. Trouve shall provide Advertisements to Publisher no later than ten (10) days prior to the Campaign start date. Publisher will substitute revised Advertisements at Trouve's written request. Revised Advertisements are due no later than five (5) days prior to the requested flight date for the revised Advertisements. Trouve shall provide Publisher a coded Link to identify Leads generated by Publisher for each Campaign. Publisher shall not change or modify Advertisements at any time without Trouve's prior written approval; provided, however, Publisher may make changes affecting sizing and other factors (within the scope permitted by the Insertion Order) without Customer's approval, so long as such changes do not materially alter the overall presentation of the Advertisement.

1.3 Placement. Publisher will not place or distribute Advertisements (i) as part of any incentivized traffic (ii) or on Publisher Properties or in connection with any content that contains, promotes or links to inappropriate content, including but not limited to: content regarding use of alcohol, tobacco or illegal substances; nudity, sex, pornography, or adult-oriented content; expletives or inappropriate language; content promoting illegal or unethical activity, racism, hate, "spam," mail fraud, pyramid schemes, credit-repair or advice not permitted under law; content that is libelous, defamatory, infringing, false, misleading, contrary to public policy, or otherwise unlawful; content which includes diversionary links, exit "pops" or any other element which distracts from the primary advertisement content; content which may bring Trouve, the Trouve Properties and/or their partners negative publicity, or any other content deemed inappropriate by Trouve in its sole discretion.

1.4 Monitoring. Publisher shall, at its expense, arrange for third party email compliance monitoring services by Lashback (or such other provider reasonably acceptable to Trouve) for Advertisements sent by email on behalf of Trouve under this Agreement. Reports shall be made directly available to Publisher and the compliance monitoring provider shall provide direct assistance to Publisher in investigating and correcting any compliance issues.

1.5 License to Publisher. Subject to the terms of this Agreement, Trouve hereby grants to Publisher a nonexclusive, royalty free, non-transferable and non-sublicensable license to use, reproduce, modify, display, perform, distribute and publish the Advertisements (as expressly provided herein) solely for the purpose of performing the Services in accordance with Insertion Orders.

## 2. PAYMENT TERMS; REPORTING.

2.1 Fees. Subject to Section 2.2, Trouve shall pay Publisher the fees specified in each Insertion Order for the Services provided thereunder. All amounts are due no later than seven (7) days from the date of Publisher's invoice.

2.2 Lead Validity. Fees shall be payable only with respect to Leads that contain the required data fields specified in an Insertion Order and such data is valid. Trouve shall have the right to reject any invalid Lead, including without limitation Leads containing: (i) name or address data that is unintelligible or nonsensical; (ii) invalid phone numbers

*S. Prompun*

and email addresses; (iii) any data indicating the Lead originated outside the U.S. or from a non-U.S. citizen; or, (iv) any other data that on its face is suspect, incomplete or non-conforming to the requirements of the Insertion Order. In addition, Trouve may reject and shall have no obligation to accept or pay for any (i) test Leads submitted by Publisher; (ii) Leads resulting from fraudulent action; (iii) duplicate Leads; or, (iv) Leads resulting from Advertisement placements in violation of Section 1.3.

2.3 Reports. Trouve shall provide Publisher with daily online reports reflecting cumulative activity for all Campaigns.

## 3. TERM AND TERMINATION.

3.1 Term. This Agreement commences upon the Effective Date and continues until terminated by a party (the "*Term*"). This Agreement may be terminated by either party, at any time upon written notice to the other party for any of the following: (i) if the other party commits a material breach of this Agreement that is not cured within ten (10) days following written notice thereof to such other party; (ii) for convenience upon thirty (30) days written notice; or (iii) a party ceases to do business in the normal course, becomes or is declared insolvent or bankrupt, is the subject of any proceeding related to its liquidation or insolvency (whether voluntary or involuntary) which is not dismissed within ninety (90) calendar days, or makes an assignment for the benefit of creditors.

3.2 Effects of Termination. Upon any expiration or termination of this Agreement (or an Insertion Order): (i) all applicable licenses granted by Trouve hereunder shall cease and Publisher shall cease distributing and remove all applicable Advertisements from the Publisher Properties; and, (ii) all applicable amounts payable to Publisher shall be paid within thirty (30) days. The Trouve Properties, Advertisements and all Leads generated hereunder, including all intellectual property rights in the foregoing, shall remain Trouve's sole and exclusive property. Sections 3.2, 4, 5, 6 and 7 shall survive any termination of the Agreement.

## 4. WARRANTIES AND INDEMNIFICATION.

4.1 By Trouve. Trouve represents and warrants to Publisher that; (i) it holds all necessary rights to permit the use of the Advertisements by Publisher for the purpose of this Agreement; and, (ii) the Advertisements, as provided by Trouve, do not contain any material that is unlawful, that encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violate any applicable law, including any third party intellectual property or proprietary rights, or constitute false advertising, unfair competition, invasion of privacy or rights of celebrity. Trouve shall, at its expense (including payment of reasonable attorneys' fees), defend and/or settle any claim brought against Publisher by a third party to the extent arising out of the alleged or actual breach of any of the foregoing representations and warranties and Trouve shall pay all damages finally awarded against Publisher (or payable in settlement), to the extent attributable to such claim.

4.2 By Publisher. Publisher represents and warrants to Trouve that: (i) the Publisher Properties, Publisher Lists and Publisher Content do not contain any material that is unlawful, that encourages conduct that would constitute a criminal offense, gives rise to civil liability, constitutes false advertising, unfair competition, invasion of privacy or rights of celebrity; and, (ii) neither the Publisher Properties, Publisher Lists and Publisher Content nor the operation the Service infringes any third party intellectual property rights. Without limiting the generality of the foregoing, Publisher represents and warrants that it will fully comply with the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 ("*CAN-SPAM Act*"). Publisher shall, at its expense (including payment of reasonable attorneys' fees), defend and/or settle any claim brought against Trouve by a third party to the extent arising out of the alleged or actual breach of any of any of the foregoing representations and warranties, and Publisher shall pay all damages finally awarded against Trouve (or payable in settlement), to the extent attributable to such claim.

4.3 Indemnity Process. The indemnifying party will: (i) promptly notify the indemnified party in writing of the claim and (ii) have sole control of the defense and/or settlement of the claim. The indemnified party will provide the indemnifying party, at the indemnifying party's expense, with all assistance, information and authority reasonably required for the defense and/or settlement of the claim.

S. Prompun

4.4 <u>DISCLAIMER</u>. EXCEPT AS SET FORTH IN THIS AGREEMENT, NEITHER PARTY MAKES ANY WARRANTIES WITH RESPECT TO ANY MATTER, INCLUDING WITHOUT LIMITATION ANY ADVERTISEMENTS, CONTENT, PROPERTIES, PRODUCTS OR SERVICES. TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, EACH PARTY EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED BY LAW, COURSE OF CONDUCT, INDUSTRY STANDARDS, CUSTOM OR OTHERWISE, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.

**5. LIMITATION ON LIABILITY.** EXCEPT FOR LIABILITY RESULTING FROM A BREACH OF SECTION 6, UNDER NO CIRCUMSTANCES WILL EITHER PARTY BE LIABLE FOR INDIRECT, CONSEQUENTIAL, SPECIAL OR EXEMPLARY DAMAGES (EVEN IF PUBLISHER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF REVENUE, PROFITS OR DATA, ARISING FROM THIS AGREEMENT. EXCEPT FOR LIABILITY RESULTING FROM A BREACH OF SECTION 6 OR A PARTY'S INDEMNIFICATION OBLIGATIONS UNDER SECTION 4, IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY ARISING OUT OF OR WITH RESPECT TO THIS AGREEMENT EXCEED THE TOTAL AMOUNTS PAID HEREUNDER IN THE TWELVE (12) MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO THE CLAIM.

**6. CONFIDENTIALITY. "Confidential Information"** means any technical or business information disclosed by one party to the other party that: (i) if disclosed in writing, is marked "confidential" or "proprietary" at the time of such disclosure; (ii) if disclosed orally, is identified as "confidential" or "proprietary" at the time of such disclosure, and is summarized in a writing sent by the disclosing party to the receiving party within thirty (30) days after any such disclosure; or (iii) under the circumstances, a person exercising reasonable business judgment would understand to be confidential or proprietary. Confidential Information does not include information that: (i) is now or thereafter becomes generally known or available to the public, through no act or omission on the part of the receiving party; (ii) was known by the receiving party prior to receiving such information from the disclosing party and without restriction as to use or disclosure; (iii) is rightfully acquired by the receiving party from a third party who has the right to disclose it and who provides it without restriction as to use or disclosure; or (iv) is independently developed by the receiving party without access to any Confidential Information of the disclosing party. Each party agrees: (i) to maintain the other party's Confidential Information in strict confidence; (ii) not to disclose such Confidential Information to any third parties; and (iii) not to use any such Confidential Information except for the purposes set forth herein. Each party may disclose the Confidential Information of the other party to its employees and consultants who have a bona fide need to know such Confidential Information for the purposes set forth herein; provided that each such employee and consultant first executes a written agreement (or is otherwise already bound by a written agreement) that contains use and nondisclosure restrictions at least as protective of the other party's Confidential Information as those set forth in this Agreement. The provisions of this Section will not restrict a party from disclosing the other party's Confidential Information to the extent required by any law or regulation; provided that the party required to make such a disclosure uses reasonable efforts to give the other party reasonable advance notice of such required disclosure in order to enable the other party to prevent or limit such disclosure.

**7. GENERAL.** This Agreement, including all executed Insertion Orders, constitutes the complete and exclusive understanding and agreement between the parties regarding its subject matter and supersedes all prior or contemporaneous agreements or understandings, written or oral, relating to its subject matter. Any waiver, modification or amendment of any provision of this Agreement will be effective only if in writing and signed by duly authorized representatives of both parties. In the event of any inconsistency between the Insertion Order and this Agreement, the Insertion Order will control with respect to the Insertion Order only and shall not constitute an amendment to the Agreement with respect to prior or subsequent Insertion Orders. This Agreement will be governed by and construed in accordance with the laws of the State of California excluding that body of laws known as conflict of laws. The parties expressly agree that the United Nations Convention on Contracts for the International Sale of Goods will not apply. Any legal action or proceeding arising under this Agreement will be brought exclusively in the federal or state courts located in the Northern District of California and the parties hereby irrevocably consent to the personal jurisdiction and venue therein. Publisher will have no right to assign this Agreement, in whole or in part, by operation of law or otherwise, without Trouve's express prior written consent. Any attempt to assign this Agreement, without such consent, will be null and of no effect. Trouve may assign this

S. Prompun

agreement at any time without Publisher's consent. Subject to the foregoing, this Agreement will bind and inure to the benefit of each party's successors and permitted assigns. All notices required or permitted under this Agreement will be in writing and delivered by confirmed facsimile transmission, by courier or overnight delivery services, or by certified mail, and in each instance will be deemed given upon receipt at the addresses set forth herein. Either party may change its address for notices under this Agreement by giving written notice to the other party. The parties to this Agreement are independent contractors and this Agreement will not establish any relationship of partnership, joint venture, employment, franchise, or agency between the parties. Neither party will have the power to bind the other or incur obligations on the other's behalf without the other's prior written consent. In the event this Agreement is being entered into by an agency or other representative ("Agent") on behalf of Publisher, Agent hereby represents that it has all due authority to create a legally binding agreement on behalf of Publisher and this Agreement shall be so binding. Agent further agrees that it will be jointly and severally liable for any and all payments, damages and other liabilities under this Agreement to which Publisher would be responsible.

**8. DEFINITIONS.** "*Action*" means the action or combination of actions set forth in an Insertion Order, such as a visitor to a Publisher Property or a Publisher List recipient clicking on an Advertisement and completing a form on a Trouve Property. "*Advertisement*" means any written or graphically rendered marketing materials provided for in an Insertion Order (including but not limited to banners, text or graphic links, pop-ups, emails and newsletters or any other similarly designed advertising format). "*Campaign*" means the specifications and period upon which Advertisements will be placed by Publisher on Publisher Properties and/or distributed to email addresses on the relevant Publisher Lists, as set forth in the applicable Insertion Order. "*Insertion Order*" mean an order document executed by Trouve and Publisher requesting specific Campaigns and Services. "*Lead*" means a completed set of Actions, as set forth in an Insertion Order. "Link(s)" means a hypertext reference URL from an Advertisement to a Trouve Property. "*Publisher Content*" means all text, graphics, data, audio, visual and other content appearing on the Publisher Properties or distributed to email addresses contained in a Publisher List. "*Publisher List*" means the email lists owned or maintained by Publisher that are specified in an Insertion Order. "*Publisher Properties*" means the websites owned or operated by Publisher that are specified in an Insertion Order. "*Service*" means the placement and/or distribution of Advertisements provided by the Trouve according to the applicable Insertion Order. "*Trouve Properties*" means the websites owned or operated by Trouve that are specified in an Insertion Order.

The parties have caused this Agreement to be executed by their duly-authorized representatives as of the date of Trouve's signature below.

**Trouve Media, Inc.**

Signature: _MMH_

Print Name: _Matt Schwek_

Date: _2/1/10_

Publisher: _Mr. Sunti Prompun_

Signature: _S. Prompun_

Print Name: _Sunti Prompun_

Date: _30 Jan 2010_

**XIX.    Exhibit K - bing - godaddy.pdf**



godaddy 🔍

**Web**     Images     Videos     Maps     News     Rio Games

Also try:  GoDaddy Email  ·  Whois  ·  GoDaddy 99 Cent Domain

12,400,000 RESULTS     Any time ▾

### GoDaddy.com - GoDaddy $0.99 Domain Sale



Ad · **GoDaddy.com** · Site secured by McAfee
Official Site - Limited Time! Find & Register Your Domain Today.
You can't have a website without a domain name.
godaddy.com has been visited by 100K+ users in the past month
Free Domain Alert Pro · Big Savings Over Others · 100's of New Domains
Stevie Awards, Award-Winning Customer Service 2016

**$0.99 Domain Names**
Find your perfect name today.
GoDaddy makes it fast & easy.

**$1 Hosting**
Fast & reliable, uptime guarantee.
Includes Domain, Setup, Support.

**Free Website Builder**
Get Started Today! Customizable,
Easy to Use, 24/7 Expert Support.

**Business Class Email**
Run your Small Business Anywhere.
Starts at $3.99 w/Free 24/7 Support

### Web.com® Website Builder

Ad · **Web.com/BuildWebsite** · Web.com
Build Your Website in 3 Easy Steps. 100s Of Templates & Free Domain.

Web Hosting

Leads For Your Business

eCommerce Site Solutions

Mobile Website Converter

Build Your Own Website

We Build It For You

### GoDaddy - Official Site

https://www.godaddy.com ▾

**XX.     Exhibit L - Google - Network Solutions.pdf**

 **Google** | network solutions 

All | News | Apps | Shopping | Images | More ▾ | Search tools

About 28,000,000 results (0.70 seconds)

**Network solutions - rmcsnet.com**
`Ad` www.rmcsnet.com/ ▾
Rocky Mountain Offering **Network** Implementation Services , Call Now!
24 Hour Emergency Service · 30+Yrs in the IT Industry · 24 Hour Monitoring

    Residential Services          Contact Us
    Home                    Commercial Services

**Network Solutions**
www.**networksolutions**.com/ ▾   Network Solutions ▾
Launch your site with domains, website design, hosting, and online marketing with **Network Solutions**.
We make bringing your site or eCommerce store to life …

Results from networksolutions.com   🔍

**Domain Name Registration**
Domain name registration just got
easier with Network Solutions …

**Domain Name Search Results**
Domain Names … WHOIS Search ·
Small Business Blog · Small …

**Renew Services**
For a quick and easy way to renew
your services, enter your …

**Web Hosting**
Web hosting services, blogs, and web
site builder tools. Get 24/7 …

**Transfer Your Domains**
Need help transferring your domains?
Call for Premium …

**Manage Your Account**
Manage Account … Secure
Transaction: For your protection …

**XXI.    Exhibit M - Google - freecreditreport.com.pdf**

  

freecreditreport.com

All     News     Videos     Images     Shopping     More ▾     Search tools

About 582,000 results (0.52 seconds)

**FreeCreditReport.com® Official - Fast, No Credit Card Needed.**
Ad  www.**freecreditreport.com**/Official ▾
Get your 100% Free Experian® Credit Report Today! What's on your Credit Report?
Amenities: Account History, Inquiries, Personal Information, Credit Card Offers, Free Credit Report
"Rated A+" – BBB.org

**Free Credit Report**
Your Free Credit Report.
No Credit Card.

**Credit Report & Score**
Spot Possible Errors, Including
Potential Signs of ID Theft

**Free 3 Credit Scores - freescoreonline.com**
Ad  www.**freescoreonline.com**/ ▾
View your latest Credit Scores from All 3 Bureaus in 60 seconds.
Safeguard Your Identity · Detect & Correct Errors · Credit Monitoring · Email Alerts for Changes
Sample Credit Report · Errors on Your Report · Free Credit Scores

**Free Credit Report $0 - CreditReport.com**
Ad  www.**creditreport.com**/ ▾
Get a Current Credit Report - $0. Fast, Free, Secure. View Instantly.

**Experian® - Official Site - Get Your FICO® Score Now - Experian.com**
Ad  www.**experian.com**/ ▾
Plus Experian® Credit Report for $1

**Free Credit Report: No Credit Card Needed.**
https://www.**freecreditreport.com**/ ▾
View your **free credit report** online now. It's $0 and no credit card required. Check yours today from

**XXII.    Exhibit N - Bing - interflora.pdf**



interflora



**Web**    Images    Videos    Maps    News    Rio Games

4,120,000 RESULTS    Any time ▾

### Teleflora® Official Site | teleflora.com    ⓘ
Ad · **www.teleflora.com** · Teleflora
Save $10 on Fresh Flower Bouquets. Same Day Local Delivery. Order Now!
Teleflora bouquets are hand arranged and available for same day ...
teleflora.com has been visited by 10K+ users in the past month
Order Online · High Quality · Live Chat · Huge Variety
teleflora.com is rated ★★★★★ (888 reviews)

#### Deal of the Day
Let our local florist choose the
freshest seasonal flowers available

#### Birthday Flowers
Brighten their day by adding fun
balloons or an adorable teddy bear.

#### Anniversary Flowers
Order by 1pm for same day delivery
on all anniversary flowers

#### Sympathy Flowers
We offer a wide selection of
sympathy and funeral flowers.

### International Florists | 1stinflowers.com
Ad · **www.1stinflowers.com**
Send flowers to the US, UK & Europe Delivery is made by local florists
International flower delivery service to over 150 countries ...
Easy To Use · Reliable Delivery · Corporate Services · Click Here

Birthday Flowers

Funeral and Sympathy Flowers

Customer Service

Get Well Flowers

Gift Baskets

International Flower Delivery

### ProFlowers® for $19.99 | ProFlowers.com
Ad · **www.ProFlowers.com/Flowers** · ProFlowers
Save 20% On A Captivating Array Of Fresh, Colorful Flowers. Shop Now!
**Send flowers** with ProFlowers, a Google Trusted Store rated "A" in ...

### **Interflora** - Official Site
www.**interflora**.co.uk ▾
Send beautiful fresh cut **flowers with Interflora**. Hand-tied bouquets available same day

**XXIII.  Exhibit O - Google - geico.pdf**

 geico

All   Apps   Maps   News   Images   More ▾   Search tools

About 8,660,000 results (0.82 seconds)

### Free Auto Insurance Quote - Upgrade Your Coverage Today
Ad www.countryfinancial.com/ ▾
3.9 ★★★★☆ rating for countryfinancial.com
Switch & Save Up to 25% Now!
Start Saving in Denver · Get A Quick Quote Now
Country Ranks Top 5 Auto Insurers for Client Satisfaction – Insure.com

Get A Quote              Car Insurance For Teens
New Car Protection      Engaged Couples Discount

### An insurance company for your car, home, and more | GEICO
https://www.**geico**.com/ ▾  GEICO ▾
**GEICO**, Government Employees Insurance Company, has been providing affordable auto insurance since 1936. You can trust **GEICO** to offer low car insurance ...

#### GEICO Online Service Center ...
Manage Your Policies. User ID ...
Password Please enter your ...

#### Car Insurance
Looking for car insurance? Get a
personalized auto insurance ...

#### Contact Us
Phone - Email - Mail - By Fax - B2B
Services Contact - ...

#### GEICO | Make a Payment
To make a payment on a different
policy type, please select from ...

More results from geico.com »

### GEICO (@GEICO) | Twitter
https://twitter.com/GEICO 

9 hours ago - View on Twitter            1 day ago - View on Twitter