John H. Merrill
Secretary of State

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate, and literal copy of the Articles of Formation filed on behalf of Insurance Depot LLC, as received and filed in the Office of the Secretary of State on 02/09/2009.

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.



03/20/2018

Date

_John H. Merrill_

20180320000042410

John H. Merrill        Secretary of State



# STATE OF ARIZONA



---

### Office of the
## CORPORATION COMMISSION

---

### CERTIFICATE OF GOOD STANDING

*To all to whom these presents shall come, greeting:*

*I, Ted Vogt, Executive Director of the Arizona Corporation Commission, do hereby certify that*

### ***ARIZONA INSURANCE DEPOT, LLC***

*a domestic limited liability company organized under the laws of the State of Arizona, did organize on the 30th day of March 2015.*

*I further certify that according to the records of the Arizona Corporation Commission, as of the date set forth hereunder, the said limited liability company is not administratively dissolved for failure to comply with the provisions of A.R.S. section 29-601 et seq., the Arizona Limited Liability Company Act; and that the said limited liability company has not filed Articles of Termination as of the date of this certificate.*

*This certificate relates only to the legal existence of the above named entity as of the date issued. This certificate is not to be construed as an endorsement, recommendation, or notice of approval of the entity's condition or business activities and practices.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission. Done at Phoenix, the Capital, this 22nd day of March, 2018, A. D.*



*Ted Vogt, Executive Director*

By: _____1855808_____





# Arkansas Secretary of State
# Mark Martin

State Capitol Building ♦ Little Rock, Arkansas 72201-1094 ♦ 501-682-3409

## Certificate of Good Standing

I, Mark Martin, Secretary of State of the State of Arkansas, and as such, keeper of the records of domestic and foreign corporations, do hereby certify that the records of this office show

## INSURANCE DEPOT GROUP, LLC

authorized to transact business in the State of Arkansas as a Limited Liability Company, filed Articles of Organization in this office September 12, 2014.

Our records reflect that said entity, having complied with all statutory requirements in the State of Arkansas, is qualified to transact business in this State.



**In Testimony Whereof,** I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 21st day of March 2018.

*Mark Martin*

Mark Martin
Secretary of State

Online Certificate Authorization Code: 99d0c3debf10fda

To verify the Authorization Code, visit sos.arkansas.gov

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF TRADE NAME

I, Wayne W. Williams , as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, a Statement of Trade Name for:

Colorado Insurance Depot

(Entity ID # 20111645668  )

was filed in this office on  11/23/2011  with an effective date of  11/23/2011  .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through  03/19/2018  that have been posted, and by documents delivered to this office electronically through 03/22/2018  @  12:26:54 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on  03/22/2018   @  12:26:54   in accordance with applicable law. This certificate is assigned Confirmation Number  10795076     .



_____
Secretary of State of the State of Colorado

*************************************************End of Certificate*************************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

# *State of Florida*
## *Department of State*

I certify from the records of this office that AUTO INSURANCE DEPOT, INC was a corporation organized under the laws of the State of Florida, filed on June 30, 2005.

The document number of this corporation is P05000093160.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

## *Secretary of State*

Tracking Number: CU4140347009

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that DEPOT INSURANCE, INC. is a corporation organized under the laws of the State of Florida, filed on September 10, 1986.

The document number of this corporation is J32457.

I further certify that said corporation has paid all fees due this office through December 31, 2018, that its most recent annual report/uniform business report was filed on January 16, 2018, and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-first day of March, 2018*



*Ken Detzner*

## *Secretary of State*

Tracking Number: CU7010404368

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that INSURANCE & SERVICES DEPOT INC. is a corporation organized under the laws of the State of Florida, filed on May 26, 2011.

The document number of this corporation is P11000050448.

I further certify that said corporation has paid all fees due this office through December 31, 2017, that its most recent annual report/uniform business report was filed on February 9, 2017, and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

## *Secretary of State*

Tracking Number: CU0484064697

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that INSURANCE DEPOT AGENCY, LLC is a limited liability company organized under the laws of the State of Florida, filed on January 10, 2018, effective January 9, 2018.

The document number of this limited liability company is L18000008710.

I further certify that said limited liability company has paid all fees due this office through December 31, 2018 and that its status is active.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

## *Secretary of State*

Tracking Number: CU5022326139

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that INSURANCE DEPOT DIRECT, LLC is a limited liability company organized under the laws of the State of Florida, filed on January 30, 2018, effective January 29, 2018.

The document number of this limited liability company is L18000026462.

I further certify that said limited liability company has paid all fees due this office through December 31, 2018 and that its status is active.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

## *Secretary of State*

Tracking Number: CU5250078572

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that INSURANCE DEPOT OF BROWARD INC is a corporation organized under the laws of the State of Florida, filed on December 2, 2016, effective January 1, 2017.

The document number of this corporation is P16000095671.

I further certify that said corporation has paid all fees due this office through December 31, 2017 and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

### *Secretary of State*

Tracking Number: CU0102954187

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

# *State of Florida*
## *Department of State*

I certify from the records of this office that INSURANCE DEPOT INC is a corporation organized under the laws of the State of Florida, filed on November 18, 2016, effective January 1, 2017.

The document number of this corporation is P16000092995.

I further certify that said corporation has paid all fees due this office through December 31, 2018, that its most recent annual report/uniform business report was filed on January 23, 2018, and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-second day of March, 2018*



*Ken Detzner*

## *Secretary of State*

---

**Tracking Number: CU7908880307**

**To authenticate this certificate, visit the following site, enter this number, and then follow the instructions displayed.**

**https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication**

Control No. **08010368**

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia  30334-1530

# CERTIFICATE
# OF
# ORGANIZATION

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## INSURANCE DEPOT ASSOCIATES, LLC
### a Domestic Limited Liability Company

has been duly organized under the laws of the State of Georgia on  **01/18/2008** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on January 18, 2008



Karen C Handel
Secretary of State

Control No. **08052866**

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia  30334-1530

# CERTIFICATE
# OF
# INCORPORATION

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## INSURANCE DEPOT, INC.
### a Domestic Profit Corporation

has been duly incorporated under the laws of the State of Georgia on  **07/03/2008** by the filing of articles of incorporation in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on July 3, 2008



Karen C Handel
Secretary of State

Control No: 08052866
Date Filed: 07/03/2008 11:06 AM
Karen C Handel
Secretary of State

# Articles Of Incorporation
# For Georgia Profit Corporation

**The name of the corporation is:**
INSURANCE DEPOT, INC.

**Principal mailing address of the corporation is:**
1484 Biltmore Drive, NE
Atlanta, GA 30329

**The Registered Agent is:**

GAIL RAAB

1484 Biltmore Drive, NE
Atlanta, GA 30329

**County:**    Dekalb

**The name and address of incorporator(s) are:**
David H. Robertson
Robertson & Gable, LLC , 3075
Breckinridge Blvd., Suite 450
Duluth, GA 30096

**The corporation is authorized to issue:**
10,000 Shares

**The optional provisions are:**

A.  The Corporation is a statutory close corporation pursuant to O.C.G.A. §14-2-901, et seq.

B.  The holders of the shares of the Corporation's stock shall have preemptive rights to acquire on pro-rata basis by law any unissued shares of its stock which the Corporation intends to issue subsequently, said pro-rata rights to be based upon the individual holder's existing percentage of ownership at the time of the proposed issuance.

C.  O.C.G.A. Section 14-2-202(b)(4) is incorporated herein by reference.  No director shall be liable to the corporation or its shareholders for monetary damages for any action taken, or any failure to take any action, as a director, and shall be protected to the maximum extent provided in O.C.G.A. Section 14-2-202(b)(4).

D.  O.C.G.A. Section 14-2-202(b)(5) is incorporated herein by reference.  Directors shall have the maximum discretion as set forth in O.C.G.A. Section 14-2-202(b)(5).

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation on the date set forth below.

**Signature(s):**                                            **Date:**

Incorporator, David H. Robertson                            July 03, 2008



# OFFICE OF
## INSURANCE AND SAFETY FIRE COMMISSIONER

**JOHN W. OXENDINE**
COMMISSIONER OF INSURANCE
SAFETY FIRE COMMISSIONER
INDUSTRIAL LOAN COMMISSIONER
COMPTROLLER GENERAL

June 23, 2008

SEVENTH FLOOR, WEST TOWER
FLOYD BUILDING
2 MARTIN LUTHER KING, JR. DRIVE
ATLANTA, GEORGIA 30334
(404) 656-2056
www.gainsurance.org

Gail Raab
PO Box 15309
Atlanta, GA 30333

RE:   Name Approval

Dear Sir or Madam:

We are in receipt of your letter, wherein a name approval was requested.  The approval of this commission is hereby granted for use of the name:

### "INSURANCE DEPOT"

This is not meant to imply that this name is available to you.  That assurance can come only from the Secretary of State.

Sincerely,

Kimberly Samuel
Financial Analyst
Regulatory Services Division

THE OFFICE OF INSURANCE AND SAFETY FIRE COMMISSIONER DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, NATIONAL ORIGIN, SEX, RELIGION, AGE OR DISABILITY IN EMPLOYMENT OR THE PROVISION OF PROGRAMS OR SERVICES

Control No.: 08052866

# STATE OF GEORGIA

**Secretary of State**
Corporations Division
313 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF CONVERSION

I, **Brian P. Kemp,** The Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that a CERTIFICATE OF CONVERSION has been filed on November 13, 2013 converting

**INSURANCE DEPOT, INC.**
a   **For-Profit Corporation**

to

**INSURANCE DEPOT, LLC**
a **Georgia  Limited Liability Company**

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid. Conversion of the above-named entity is effective upon issuance of this certificate.

**WITNESS** my hand and official seal in the City of Atlanta and the State of Georgia on February 24, 2014



Brian P. Kemp
Secretary of State

Tracking #: 3MlI2Ktt

*File Number*          6715-636-6



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

INSURANCE DEPOT SERVICES, LTD., A DOMESTIC CORPORATION, INCORPORATED UNDER THE LAWS OF THIS STATE ON JUNE 21, 2010, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE BUSINESS CORPORATION ACT OF THIS STATE RELATING TO THE PAYMENT OF FRANCHISE TAXES, AND AS OF THIS DATE, IS IN GOOD STANDING AS A DOMESTIC CORPORATION IN THE STATE OF ILLINOIS.



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this    22ND day of    MARCH    A.D.    2018  .*

*Jesse White*

SECRETARY OF STATE

Authentication #: 1808101567 verifiable until 03/22/2019.
Authenticate at: http://www.cyberdriveillinois.com

**File Number**        0655141-6



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

INSURANCE DEPOT, LLC, HAVING ORGANIZED IN THE STATE OF ILLINOIS ON OCTOBER 24, 2017, APPEARS TO HAVE COMPLIED WITH ALL PROVISIONS OF THE LIMITED LIABILITY COMPANY ACT OF THIS STATE, AND AS OF THIS DATE IS IN GOOD STANDING AS A DOMESTIC LIMITED LIABILITY COMPANY IN THE STATE OF ILLINOIS.



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*    22ND *day of*    MARCH    *A.D.*    2018   .

Authentication #: 1808101245 verifiable until 03/22/2019.
Authenticate at: http://www.cyberdriveillinois.com

*Jesse White*

SECRETARY OF STATE

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF INCORPORATION

of

**INSURANCE DEPOT & FINANCIAL SERVICES, INC.**

I, TODD ROKITA, Secretary of State of Indiana, hereby certify that Articles of Incorporation of the above For-Profit Domestic Corporation have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Corporation Law.

NOW, THEREFORE, with this document I certify that said transaction will become effective Friday, March 18, 2005.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, March 18, 2005.

TODD ROKITA,
SECRETARY OF STATE

2005033000444 · 2005033064789



**ARTICLES OF INCORPORATION**
State Form 4159 (R12/1-03)
Approved by State Board of Accounts, 2003



INSTRUCTIONS:    Use 8 1/2" x 11" white paper for attachments.
Present original and one copy to address in upper right corner of this form.
Please TYPE or PRINT.
Please visit our office on the web at www.sos.in.gov.

Indiana Code 23-1-21-2
FILING FEE    $90.00

---

**ARTICLES OF INCORPORATION**

The undersigned, desiring to form a corporation (hereinafter referred to as "Corporation") pursuant to the provisions of:

☒ Indiana Business Corporation Law

☐ Indiana Professional Corporation Act 1983, Indiana Code 23-1.5-1-1, et seq. (Professional corporations must include Certificate of Registration.)

As amended, executes the following Articles of Incorporation:

**ARTICLE I NAME AND PRINCIPAL OFFICE**

Name of Corporation (the name must include the word "Corporation", "Incorporated", "Limited", "Company" or an abbreviation thereof)

Insurance Depot & Financial Services, Inc.

Principal Office:

| Post office address | City | State | ZIP code |
|---|---|---|---|
| 8270 Courtney Drive | Fishers | IN | 46038 |

**ARTICLE II REGISTERED OFFICE AND AGENT**

Registered Agent  The name and street address of the Corporation's Registered Agent and Registered Office for service of process are:

Name of Registered Agent

Kenneth D. Keating

| Address of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 8270 Courtney Drive | Fishers | Indiana | 46038 |

**ARTICLE III AUTHORIZED SHARES**

Number of shares the Corporation is authorized to issue: 1,000

If there is more than one class of shares, shares with rights and preferences, list such information as "Exhibit A"

**ARTICLE IV INCORPORATORS**
[the name(s) and address(es) of the incorporators of the corporation]

| NAME | NUMBER AND STREET OR BUILDING | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Kenneth D. Keating | 8270 Courtney Dr. | Fishers | IN | 46038 |

In Witness Whereof, the undersigned being all the incorporators of said Corporation execute these Articles of Incorporation and verify, subject to penalties of perjury, that the statements contained herein are true,

this 16th day of March, 20 05

| Signature of incorporator | Printed name |
|---|---|
| Kenneth D. Keating | Kenneth D. Keating |
| Signature of incorporator | Printed name |
| | |
| Signature of incorporator | Printed name |
| | |

This instrument was prepared by: (name)    Doris Keating

| Address (number, street, city and state)  8270 Courtney Drive, Fishers, IN | ZIP code  46038 |
|---|---|

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

**Certificate of Existence**

Authentication number:   200598
Visit https://app.sos.ky.gov/ftshow/certvalidate.aspx to authenticate this certificate.

I, Alison Lundergan Grimes, Secretary of State of the Commonwealth of Kentucky, do hereby certify that according to the records in the Office of the Secretary of State,

## THE INSURANCE DEPOT INC.

is a corporation duly incorporated and existing under KRS Chapter 14A and KRS Chapter 271B, whose date of incorporation is May 24, 2005 and whose period of duration is perpetual.

I further certify that all fees and penalties owed to the Secretary of State have been paid; that Articles of Dissolution have not been filed; and that the most recent annual report required by KRS 14A.6-010 has been delivered to the Secretary of State.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at Frankfort, Kentucky, this 22nd day of March, 2018, in the 226th year of the Commonwealth.



Alison Lundergan Grimes
Secretary of State
Commonwealth of Kentucky
200598/0613758



# UNITED STATES OF AMERICA
# State of Louisiana

## Tom Schedler
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

### A INSURANCE DEPOT OF LOUISIANA LLC

are true and correct and are filed in the Louisiana Secretary of State's Office.

TRADE        5/7/2009        1 page(s)

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

March 21, 2018



*Secretary of State*

**WEB 60-6395**

**Certificate ID:** 10930835#KUL73
**To validate this certificate, visit the following web site, go to Business Services, Search for Louisiana Business Filings, Validate a Certificate,** then follow the instructions displayed.
**www.sos.la.gov**



## UNITED STATES OF AMERICA
## State of Louisiana

### Tom Schedler
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the attached document(s) of

**INSURANCE DEPOT, L.L.C.**

are true and correct and are filed in the Louisiana Secretary of State's Office.

34950354K    ORIGF    6/6/2000    2 page(s)

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

March 21, 2018



*Secretary of State*

**WEB 34950354K**

**Certificate ID:** 10930829#C4P83

**To validate this certificate, visit the following web site, go to Business Services, Search for Louisiana Business Filings, Validate a Certificate,** then follow the instructions displayed.
**www.sos.la.gov**

# Michigan Department of Labor & Economic Growth

## Filing Endorsement

**This is to Certify that the ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)**

**for**

**DEPOT INSURANCE AGENCY, LLC**

**ID NUMBER: B8438Y**

**received by facsimile transmission on February 3, 2006 is hereby endorsed**

**Filed on February 9, 2006 by the Administrator.**

**The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.**



**In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 9TH day of February, 2006.**

**, Director**

**Bureau of Commercial Services**

Sent by Facsimile Transmission 06040



# MINNESOTA SECRETARY OF STATE
# CERTIFICATE OF ASSUMED NAME

28390470002

## Minnesota Statutes Chapter 333

**Read the instructions before completing this form.**                    **Filing fee: $25.00**

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable consumers to be able to identify the true owner of a business.

### PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK.

1. State the exact assumed name under which the business is or will be conducted: (one business name per application).

Insurance Depot

2. State the address of the principal place of business. A complete street address or rural route and rural route box number is required; the address cannot be a P.O. Box.

| 8729 Central Ave NE | Blaine | MN | 55434 |
|---|---|---|---|
| Street | City | State | Zip code |

3. List the name and complete street address of all persons conducting business under the above Assumed Name, OR if an entity, provide the legal corporate, LLC, or Limited Partnership name and registered office address. Attach additional sheet(s) if necessary.

| Name (please print) | Street | City | State | Zip |
|---|---|---|---|---|
| Insurance Depot Services Inc. | 8729 Central Ave NE , Blaine MN 55434 | | | |

4. I certify that I am authorized to sign this certificate and I further certify that I understand that by signing this certificate, I am subject to the penalties of perjury as set forth in Minnesota Statutes section 609.48 as if I had signed this certificate under oath.

_____
Signature (ONLY one person listed in #3 is required to sign.)

04/30/2008

Date

Mark Sczepaniak

Print Name and Title

Mark Sczepaniak/ Chief Manager

Contact Person

612 747 3335

Daytime Phone Number

STATE OF MINNESOTA
DEPARTMENT OF STATE
FILED

MAY 0 8 2008

*Mark Ritchie*
Secretary of State

bus39 Certificate of Assumed Name Rev. 6-07

# STATE OF MISSOURI



**John R. Ashcroft**
**Secretary of State**

CORPORATION DIVISION
CERTIFICATE OF GOOD STANDING

I, JOHN R. ASHCROFT, Secretary of State of the State of Missouri, do hereby certify that the records in my office and in my care and custody reveal that

***Insurance Depot Incorporated***
***00531069***

was created under the laws of this State on the 14th day of July, 2003, and is in good standing, having fully complied with all requirements of this office.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 22nd day of March, 2018.



Secretary of State

Certification Number: CERT-03222018-0049

# State of Missouri



Robin Carnahan
Secretary of State

### CERTIFICATE OF ORGANIZATION

WHEREAS,

*INSURANCE DEPOT STL, LLC*
*LC0831060*

filed its Articles of Organization with this office on the 20th day of July, 2007, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 20th day of July, 2007, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 20th day of July, 2007.



_____
Secretary of State

# State of Missouri



Jason Kander
Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*Show-Me Insurance Depot LLC*
*LC1289495*

filed its Articles of Organization with this office on the 6th day of February, 2013, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, JASON KANDER, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 6th day of February, 2013, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 6th day of February, 2013.





Secretary of State

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
FILING CERTIFICATE (CERTIFIED COPY)


Corporation Name:        INSURANCE DEPOT, INC.
Business Id:             0100851755
Certificate Number:      6000082248


    I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY, THAT THE ABOVE
NAMED BUSINESS DID FILE AND RECORD IN THIS DEPARTMENT AN ORIGINAL CERTIFICATE ON May
29, 2001 AND THAT THE ATTACHED IS A TRUE COPY OF THIS DOCUMENT AS THE SAME IS TAKEN
FROM AND COMPARED WITH THE ORIGINAL(S) FILED IN THIS OFFICE AND NOW REMAINING ON FILE
AND OF RECORD.


        IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY
          HAND AND AFFIXED MY OFFICIAL SEAL AT
          TRENTON, THIS
          March 20, 2018 A.D.



ELIZABETH MAHER MUOIO
ACTING STATE TREASURER


VERIFY THIS CERTIFICATE ONLINE AT
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

# State of New York
# Department of State } ss:

I hereby certify, that the Certificate of Incorporation of INSURANCE
AGENCY DEPOT INC. was filed on 03/08/2000, with perpetual duration, and
that a diligent examination has been made of the Corporate index for
documents filed with this Department for a certificate, order, or record
of a dissolution, and upon such examination, no such certificate, order
or record has been found, and that so far as indicated by the records of
this Department, such corporation is an existing corporation.

The Biennial Statement is past due.



\*\*\*

*WITNESS my hand and the official seal*
*of the Department of State at the City of*
*Albany, this 21st day of March  two*
*thousand and eighteen.*

*Brendan W. Fitzgerald*
*Executive Deputy Secretary of State*



# NORTH CAROLINA
## Department of the Secretary of State

---

## CERTIFICATE OF EXISTENCE
### (Limited Liability Company)

I, Elaine F. Marshall, Secretary of State of the State of North Carolina, do hereby certify that

## THE LIFE INSURANCE DEPOT, LLC

is a limited liability company duly formed under the laws of the State of North Carolina, having been formed on the 27th day of March, 2014, with its period of duration being Perpetual.

I FURTHER certify that the said limited liability company's articles of organization are not suspended for failure to comply with the Revenue Act of the State of North Carolina; that the said limited liability company is not administratively dissolved for failure to comply with the provisions of the North Carolina Limited Liability Company Act; and that the said limited liability company has not filed articles of dissolution as of this date of this certificate.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 22nd day of March, 2018.

*Elaine F. Marshall*

**Secretary of State**





Scan to verify online.

Certification# 102110006-1  Reference# 14361359-  Page: 1 of 1
Verify this certificate online at http://www.sosnc.gov/verification



| DATE:<br>09/18/2001 | DOCUMENT ID<br>200126002700 | DESCRIPTION<br>ARTICLES OF ORGANIZATION/DOM.<br>LLC (LCA) | FILING<br>125.00 | EXPED<br>.00 | PENALTY<br>.00 | CERT<br>.00 | COPY<br>.00 |
|---|---|---|---|---|---|---|---|

### Receipt
This is not a bill. Please do not remit payment.

ALEXANDRA KENTRIS WOLPH
123 S. MAIN ST.
FOSTORIA, OH 44830

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

### 1252862

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**PRAIRIE DEPOT INSURANCE AGENCY, L.L.C.**

and, that said business records show the filing and recording of:

Document(s)                                           Document No(s):

**ARTICLES OF ORGANIZATION/DOM. LLC**                 **200126002700**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 17th day of September,
A.D. 2001.

*J. Kenneth Blackwell*

Ohio Secretary of State

# *The State of South Carolina*



## *Office of Secretary of State Mark Hammond*

## Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby Certify that:**

HEALTH INSURANCE DEPOT, LLC,

a limited liability company duly organized under the laws of the State of South Carolina on August 12th, 2009, with a duration that is at will, has as of this date filed all reports due this office, paid all fees, taxes and penalties owed to the State, that the Secretary of State has not mailed notice to the company that it is subject to being dissolved by administrative action pursuant to S.C. Code Ann. §33-44-809, and that the company has not filed articles of termination as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 21st day of March, 2018.

*Mark Hammond*

Mark Hammond, Secretary of State

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Articles Of Incorporation for DEPOT INSURANCE AGENCY, INC. (file number 146577600), a Domestic For-Profit Corporation, was filed in this office on October 31, 1997.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 22, 2018.





Rolando B. Pablos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10264          Document: 802142770003